IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, JOHN DOE #1, and JOHN DOE #2, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>MASTERCORP INC.,<br><br>    Defendant. | Case No.: 1:24-cv-678 |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms, and any opposition thereto, it is this 15th day of May, 2024, hereby **ORDERED** that Plaintiffs' motion is **GRANTED** and that all parties shall use the pseudonyms "Jane Doe," "John Doe #1," and "John Doe #2" to refer to the named Plaintiffs throughout this lawsuit.

It is SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge
United States District Judge
Michael S. Nachmanoff