# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Jane Doe and John Does 1 and 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MasterCorp, Inc.,<br><br>Defendant. | INDEX NO. 1:24-cv-678<br><br>**MOTION FOR FINAL CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL** |

Following this Court's grant of Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement and Direction of Notice under Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b), a successful Notice Program was initiated that has provided the best notice practicable under the circumstances to a Class and Collective of approximately 205 Colombian nationals or people of Colombian origin who provided housekeeping services at hotels and resorts where Defendant MasterCorp, Inc. was responsible for housekeeping.

Now, pursuant to Rule 23 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), Named Plaintiffs Jane Doe, John Doe 1, and John Doe 2 respectfully move the Court for:

1. Class Certification for Settlement purposes;

2. Certification of the Collective for Settlement purposes; and

3. Final Approval of the Amended Settlement Agreement between Named Plaintiffs, the Settlement Class and Collective, and Defendant MasterCorp, Inc. under Rule 23(e)(1) and 29 U.S.C. § 216(b).[1]

In support of this motion, Plaintiffs and the Settlement Class and Collective rely upon the accompanying memorandum in support and exhibits thereto, the Declaration of the appointed Settlement Administrator, JND Legal Administration, and the Joint Declaration of Mark Hanna and Rachel Geman in Support of this Motion.

Dated: October 18, 2024

Respectfully submitted,

/s/_____
Mark Hanna (45442)
Nicolas Mendoza, *pro hac vice*
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
mhanna@murphypllc.com
nmendoza@murphypllc.com

Rachel Geman, *pro hac vice*
Wesley Dozier, *pro hac vice*
rgeman@lchb.com
wdozier@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
205 Hudson St.
New York, New York 10013
Phone: (212) 355-9500

*Proposed Co-Lead Class and Collective Action Counsel*

---

[1] Plaintiffs will file a Proposed Final Approval Order with the Reply Brief no later than November 8, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

/s/
Mark Hanna