**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| Jane Doe and John Does 1 and 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MasterCorp, Inc.,<br><br>Defendant. | INDEX NO. 1:24-cv-678 |

**DECLARATION OF GINA INTREPIDO-BOWDEN**
**RE: SETTLEMENT NOTICE PROGRAM IMPLEMENTATION**

I, GINA INTREPIDO-BOWDEN, declare and state as follows:

1. I am a Vice President at JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees and, if called upon to do so, I could and would testify competently thereto.

2. JND is serving as the Settlement Administrator in the above-captioned litigation for the purposes of administering the Settlement Agreement filed May 13, 2024 (Docs. 4-6) and amended May 13, 2024 (Doc. 13) ("Settlement Agreement"). The Settlement Agreement was preliminarily approved by this Court in its *Order Granting Preliminary Approval of the Class and Collective Action Settlement and Directing Notice Under Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b)* filed May 16, 2024 (Doc. 15). On July 24, 2024, this Court filed an *Order Granting Consent Motion for 30-Day Enlargement of Class Notice Period and Corresponding Extension of Remaining Case Deadlines* (Doc. 18) and on August 22, 2024, an *Order Granting Consent Motion for Second Enlargement of Class Notice Period and Corresponding Extension of Remaining Case Deadlines* (Doc. 21).

3.      I previously submitted the *Declaration of Gina Intrepido-Bowden re: Settlement Notice Program* ("Intrepido-Bowden Decl.") that was filed April 25, 2024, with the Settlement Agreement.

4.      This Declaration is being filed to notify the Court regarding implementation of the Settlement Notice Program.

## OVERVIEW

5.      The Court-approved Settlement Notice Program included the following components:

a.      CAFA Notice to appropriate state and federal officials;

b.      Direct notice to all reasonably identifiable Settlement Class and Collective Members;

c.      Targeted digital campaign throughout the U.S. and Colombia;

d.      Press release distributed throughout the U.S. and Colombia;

e.      Settlement Website with detailed information about the Settlement, including a page with answers to frequently asked questions, contact information, key dates, and links to important case documents including the Long Form Notice and the Settlement Agreement, and through which Settlement Class and Collective Members may submit claims electronically; and

f.      Settlement toll-free number, post office box, and email address through which Settlement Class and Collective Members may obtain more information about the Settlement and request that the Long Form Notice and/or Claim Form be sent to them.

6.      Based on my experience in developing and implementing class notice programs, this Settlement Notice Program provided the best notice practicable under the circumstances.

7.      Each component of the Notice Settlement Program, as implemented, is described in more detail in the sections below.

## CAFA NOTICE

8.      Pursuant to the Class Action Fairness Act, 28 USC § 1715 ("CAFA"), on May 3, 2024, JND mailed CAFA Notice to the Attorney General of the United States and the Attorneys General of each state and U.S. territory in which Settlement Class and Collective Members may reside. A copy of the CAFA Notice as sent is attached as **Exhibit A**.

9.      As of the date of this Declaration, JND has confirmed that all 13 of the CAFA Notices have been delivered and none has been returned undeliverable.

## DIRECT NOTICE EFFORT

10.      Upon receipt of the Class data, JND promptly loaded the information into a secure, case-specific database for this matter. JND employs robust administrative, technical, and physical controls to protect confidential Settlement Class and Collective Member data and safeguard against the risk of loss, misuse, unauthorized access, disclosure, or modification of the data. The initial data provided by Defense Counsel in May of 2024 was a list of Names and the City/State of where the Settlement Class and Collective Members were employed. Additional Names, Phone Numbers, and Email addresses were provided by Defense Counsel in August of 2024.

11.      Once the data was loaded, JND assigned a unique identification number to each Settlement Class and Collective Member to identify them throughout the settlement administration process.

12.      On June 5, 2024, JND sent the Mailed Notice, attached as **Exhibit B**, to the two unique postal addresses associated with potential Settlement Class and Collective Members.

13.      Prior to sending the Email Notice, attached as **Exhibit C**, JND evaluated the Email Notice for potential spam language to improve deliverability and translated the email to Spanish (also attached as Exhibit C).

14.      On August 13, 2024, JND sent the Email Notice to 65 unique email addresses associated with potential Settlement Class and Collective Members. Three additional follow-up emails were sent throughout August and September reminding potential Settlement Class and

Collective Members about the Settlement and advising them of the extended claim filing period. As of August 13, 2024, 62 of the Email Notices (92.5%) were deemed delivered.

15.    JND also worked with Class Counsel to encourage Class Representatives to spread word-of-mouth about the Settlement among Settlement Class and Collective Members with whom they have remained in contact.

## DIGITAL NOTICE

16.    JND caused a supplemental digital effort to launch in the U.S. and Colombia through the Google Display Network ("GDN"), Facebook, and Instagram. Digital advertisements appeared for 28 days from June 5, 2024 through July 2, 2024.

17.    In the U.S., the digital effort delivered 6,076,466 impressions,[1] 76,466 more than what was originally planned. GDN activity targeted Spanish-speaking adults 18 years of age or older ("Adults 18+") with a household income ("HHI") in the lower 50%. Efforts were optimized towards women. A portion of the GDN activity geographically focused on Arizona, California, Colorado, Florida, Michigan, Missouri, Nevada, North Carolina, South Carolina, Tennessee, Virginia, and Wisconsin ("Key States"). Facebook and Instagram activity targeted Spanish-speaking Adults 18+ who are away from their hometown and who work as a housekeeper, maid housekeeper, cleaning maid, and/or expressed an interest in Colombia. A portion of the Facebook and Instagram activity was geographically focused on Key States.

18.    In Colombia, the digital effort delivered 5,074,351 impressions, 74,351 more than what was originally planned. GDN activity targeted Adults 18+ with a HHI in the lower 50%. Efforts were optimized towards women. A portion of the GDN activity targeted those in-market for staffing and recruitment services and/or trips to the U.S. Facebook and Instagram activity

---

[1] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.

targeted Adults 18+ who lived in the U.S. and/or expressed their employers or job titles are housekeeper, maid housekeeper, cleaning maid, and/or housekeeper, cleaning, cooking.

19.    The digital activity was served across all devices (desktop, laptop, tablet, and mobile), with an emphasis on mobile devices. Screenshots of the digital notices as they appeared on GDN, Facebook and Instagram are attached as **Exhibit D**.

## PRESS RELEASE

20.    JND caused a press release to be distributed on June 5, 2024 to media outlets in English and Spanish throughout the U.S., and in Spanish throughout Colombia. Exact matches of the press releases were picked up a total of 689 times with a potential audience of 166.7 million. Copies of the press releases are attached as **Exhibit E**.

## SETTLEMENT WEBSITE

21.    On June 3, 2024, JND established an informational case-specific Settlement Website, https://www.ColombianHousekeeperSettlement.com. The Settlement Website is available in both English and Spanish. It has an easy-to-navigate design and is formatted to emphasize important information and deadlines and provides links to important case documents, including the Long Form Notice and Claim Form in English and Spanish, attached as **Exhibits F and G,** respectively. The Settlement Website also includes information on how potential Settlement Class and Collective Members can opt out or object to the Settlement, if they choose.

22.    As of October 15, 2024, the Settlement Website registered a total of 26,109 page views and 13,290 unique visitors. JND will continue to maintain the Settlement Website throughout the administration process.

## TOLL-FREE NUMBER, P.O. BOX, AND EMAIL ADDRESS

23.    On June 3, 2024, JND established a Settlement-specific toll-free number in the U.S (888-825-1238) and Colombia (01-800-519-1529) for potential Settlement Class and Collective Members to call for additional information. The automated script is available in both English and Spanish. There is also an option to speak with an English- or Spanish-speaking live operator during business hours.

24.     As of October 15, 2024, JND has received 104 calls to the toll-free number. JND will continue to maintain the toll-free number throughout the administration process.

25.     On June 3, 2024, JND established a dedicated email address, info@ColombianHousekeeperSettlement.com, that allows Settlement Class and Collective Members to submit email inquiries to JND. Emails are monitored by JND personnel who are trained to answer questions about the Settlement.

26.     As of October 15, 2024, JND has handled 15 incoming email communications. JND will continue to maintain the email inbox throughout the administration process.

27.     On April 30, 2024, JND established a post office box for this matter to receive Settlement Class and Collective Member correspondence, paper Claim Forms, and exclusion requests and will continue to maintain the post office box throughout the administration process.

## OBJECTIONS AND REQUESTS FOR EXCLUSION

28.     The notice documents inform recipients that any Settlement Class and Collective Member who wants to object or exclude themselves from the proposed Settlement can do so by November 1, 2024. As of October 15, 2024, JND has not received and is not aware of any objections or requests for exclusion.

## CLAIMS

29.     The notice documents informed recipients that any Settlement Class and Collective Member who wants to file a claim in the proposed Settlement must do so by November 1, 2024. As of October 15, 2024, JND has received 114 claims, of which 47 have been determined as valid. JND continues to receive and review claims for validity.

## CLAIMS STIMULATION EFFORT

30.     To stimulate claim filing, JND sent two rounds of email reminders to Settlement Class and Collective Members who had not yet filed a claim or exclusion request. A representative copy of each reminder email is attached as **Exhibit H**. In addition, JND has conducted multiple rounds of direct phone outreach to all phone numbers provided by Defense Counsel. During these calls, some Settlement Class and Collective Members provided JND with contact information for

other potential Settlement Class and Collective Members they worked with. JND also followed up with these individuals to provide information about the Settlement, the eligibility requirements, and the extended claim filing deadline.

## **<u>CONCLUSION</u>**

31.     In my opinion, the Settlement Notice Program provided the best notice practicable under the circumstances of this Settlement and is consistent with the requirements of Rule 23 and other similar court-approved best practicable notice programs. The Settlement Notice Program and Claims Stimulation Effort informed as many Settlement Class and Collective Members as possible about the Settlement and their rights and options. JND will continue to administer the Settlement through all phases of settlement administration in compliance with the approved Settlement Notice Program.

I declare under the penalty of perjury pursuant to the laws of the United States of America and the State of New Jersy that the foregoing is true and correct.

Executed on October 17, 2024, at Stone Harbor, New Jersey

_____
GINA INTREPIDO-BOWDEN

-EXHIBIT A-



May 3, 2024

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of MasterCorp Inc., the defendant in the below-referenced class action ("the Action").  Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement and Direction of Notice Under Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b) was filed with the Court on April 25, 2024.  The Court has scheduled an approval hearing to take place on May 17, 2024, at 10:00 a.m.

|  |  |
|---|---|
| **Case Name:** | *Jane Doe and John Does 1 and 2 v. MasterCorp, Inc.* |
| **Case Number:** | *1:24-cv-00678* |
| **Jurisdiction:** | *United States District Court for the Eastern District of Virginia* |
| **Date Settlement filed with Court:** | *April 25, 2024* |

Copies of all materials filed in the above-named action are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 – Complaint.pdf**
Class and Collective Action Complaint, filed April 25, 2024

**02 – Doe Motion.pdf**
Consent Motion for Leave to Proceed Under Pseudonyms, filed April 25, 2024

**03 – Notice of Hearing on Doe Motion.pdf**
Notice of Hearing Date, filed April 25, 2024

**04 – Motion for Preliminary Approval of Settlement.pdf**
Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement and Direction of Notice Under Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b), filed April 25, 2024

**05 – Notice of Hearing on Settlement Motion.pdf**
Notice of Hearing Date, filed April 25, 2024

It is not feasible at this time to provide the names of the Settlement Class Members in accordance with 28 U.S.C. § 1715 (b)(7)(A). However, we understand that a reasonable estimate of the number of Settlement Class Members likely includes Class and Collective Members residing in Arizona, California, Colorado, Florida, Michigan, Missouri, Nevada, North Carolina, South Carolina, Tennessee, Virginia, and Wisconsin, the states in which the workers lived and were housed. Based on information currently available to MasterCorp Inc., the estimated proportionate share of the claims by state is as follows:

| STATE | COUNT[1] | PROPORTINATE SHARE |
|---|---|---|
| Arizona | 25 | 8.87% |
| California | 17 | 6.03% |
| Colorado | 19 | 6.74% |
| Florida | 55 | 19.50% |
| Michigan | 4 | 1.42% |
| Missouri | 22 | 7.80% |
| Nevada | 42 | 14.89% |
| North Carolina | 6 | 2.13% |
| South Carolina | 19 | 6.74% |
| Tennessee | 29 | 10.28% |
| Virginia | 37 | 13.12% |
| Wisconsin | 7 | 2.48% |
| **Totals** | 282 | 100.00% |

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representative at:

David G. Barger
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, VA 22101

For questions regarding this Notice, please contact JND at:

JND Class Action Administration
1100 2nd Ave, Suite 300
Seattle, WA 98101
Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

---

[1] Counts represented in the chart include instances where a Class Member worked and/or resided in more than one state.

*Jane Doe and John Does 1 and 2 v. MasterCorp, Inc.*, Case No. 1:24-cv-00678 (E.D. Va.)
CAFA Notice – Attachment A – Service List

Kris Mayes
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ  85004

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI  48933

Andrew Bailey
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO  65101

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701

Josh Stein
Attorney General's Office
114 W Edenton St
Raleigh, NC  27603

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN  37219

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  53707

Merrick Garland
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

-EXHIBIT B-

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**Colombians who provided housekeeping services at U.S. resorts through MasterCorp may qualify for a payment in a $4.95 million USD class action settlement**

## **Records indicate you may qualify for a payment**

Questions? Visit
www.ColombianHousekeeperSettlement.com
Call 888-825-1238 (from U.S.)
Call 01-800-519-1529 (from Colombia)

*Para una notificación en español, visite*
*www.ColombianHousekeeperSettlement.com*

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111


Unique ID: «PRINTED_ID»
Postal Service: Please do not mark barcode

«Name»
«AlternateName»
«Address1»
«City», «State» «PostalCode»

A proposed settlement has been reached in a class action lawsuit called *Jane Doe, et al. v. MasterCorp, Inc.*, Case No. 1:24-cv-00678 (E.D. Va.) (the "Settlement"). The Settlement is between Jane Doe, John Doe 1, and John Doe 2 (collectively "Plaintiffs"), on behalf of the proposed Settlement Class, and MasterCorp, Inc. ("MasterCorp" or "Defendant"). This Notice summarizes your rights and options. More details are available at www.ColombianHousekeeperSettlement.com.

**Am I part of the Settlement Class?** You are a Settlement Class Member if:

- ✓ You are a Colombian National or of Colombian origin;
- ✓ You were paid by Perennial Pete, LLC or one of its affiliated entities or companies, including SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; and
- ✓ You provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.

**What is this lawsuit about?** Plaintiffs claim that MasterCorp subjected Settlement Class Members to unfair and unlawful practices. These included working Settlement Class Members for long hours without overtime pay, and immigration-related wrongful conduct that made Settlement Class Members feel vulnerable. MasterCorp denies these claims. The Court has not decided who is right or wrong. The parties have agreed to the Settlement to avoid the risks, uncertainty, expense, and burden of litigation.

**What does the Settlement provide?** Settlement Class Members who file a valid and timely claim will receive an equal share of the **$4,950,000** USD Settlement Amount less attorneys' fees and litigation costs, service awards, settlement administration costs, and any applicable taxes ("NET Settlement Amount"). There are an estimated 205 Settlement Class Members. If all 205 file a claim, they will each receive 1/205 of the NET Settlement Amount. If fewer Class Members file a claim, payments will increase equally on a pro rata share, up to a maximum of 5/205 of the NET Settlement Amount. Any remaining funds will be distributed to St. Jude for undocumented-immigrant-related services.

**How can I get a payment?** You must complete and submit a timely Claim Form online at www.ColombianHousekeeperSettlement.com or mailed postmarked by **August 13, 2024** to: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle, WA 98111. If you do not submit a valid Claim Form by **August 13, 2024**, you will not receive a payment, but you will be bound by the Court's judgment.

**What are my other options?**

1) <u>Do nothing</u>. Receive no payment. Be bound by the Court's decision. Give up your right to sue or continue to sue MasterCorp for the claims in this case.

2) <u>Exclude yourself ("Opt Out")</u>. Remove yourself from the Settlement Class and receive no payment. This is the only option that allows you to keep your right to sue or continue to sue MasterCorp for the claims in this case.

3) <u>Object</u>. Tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim.

The deadline to exclude yourself or object is **August 13, 2024**. For more details about your rights and options and how to exclude yourself or object, visit www.ColombianHousekeeperSettlement.com.

**What happens next?** The Court will hold a Final Approval Hearing on **September 20, 2024** to consider whether to give final approval to the Settlement and grant Class Counsel's request for attorneys' fees not to exceed one third of the Settlement Amount plus reasonable costs; service awards to Plaintiffs at a maximum amount of $7,500 in U.S. dollars each; as well as reimbursement for expenses incurred for settlement administration, including notice and taxes. The Court appointed Rachel Geman from Lieff, Cabraser, Heimann & Bernstein, LLP and Mark Hanna from Murphy Anderson PLLC as Class Counsel. You will not be charged for these lawyers. You do not need to attend the hearing, but you are welcome to attend at your own expense.

**How do I get more information?** Visit www.ColombianHousekeeperSettlement.com or call 1-888-825-1238 (from U.S.) or 01-800-519-1529 (from Colombia).

*Carefully separate this Address Change Form at the perforation*

Name:

Current Address:

| PLACE |
| STAMP |
| HERE |

**Address Change Form**
To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

*Un tribunal federal autorizó este Aviso.
Este Aviso no es una oferta de representación
por parte de un abogado.*

**Colombianos que proporcionaron
servicios de limpieza en resorts de
EE. UU. a través de MasterCorp
pueden calificar para recibir un
pago mediante un acuerdo de
demanda de $4.95 millones de
dólares estadounidenses**

**Los registros indican que usted
puede calificar para un pago**

¿Tiene alguna pregunta? Visite
www.ColombianHousekeeperSettlement.com
Llame al 1-888-825-1238 (en los EE. UU.)
Llame al 01-800-519-1529 (en Colombia)

*Para una notificación en español, visite*
www.ColombianHousekeeperSettlement.com

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111



Servicio postal: no marque el código de barras

Identificación única: «PRINTED_ID»

«Name»
«AlternateName»
«Address1»
«City», «State» «PostalCode»

Se ha llegado a un acuerdo de conciliación propuesto en una demanda colectiva llamada *Jane Doe, et al. v MasterCorp., Inc.*, n.º de caso 1:24-cv-00678 (E.D. Va.) (el "Acuerdo de conciliación"). El Acuerdo de conciliación se celebra entre John Doe 1 y John Doe 2 (en conjunto, los "Demandantes"), en nombre del Grupo del Acuerdo de conciliación propuesto, y MasterCorp., Inc. ("MasterCorp" o "Demandado"). Este Aviso resume sus derechos y opciones. Para obtener más detalles, visite www.ColombianHousekeeperSettlement.com.

**¿Soy parte del Grupo del Acuerdo de la demanda colectiva?** Usted es miembro del Grupo del Acuerdo de conciliación si:

- ✓ Es ciudadano colombiano o de origen colombiano;
- ✓ Recibió pago de Perennial Pete, LLC o una de sus entidades o compañías afiliadas, que incluyen SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y
- ✓ Prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

**¿De qué trata esta demanda?** Los Demandantes reclaman que MasterCorp sometió a los Miembros del Grupo del Acuerdo de conciliación a prácticas injustas e ilegales. Estas incluyeron hacer trabajar a los Miembros del Grupo del Acuerdo de conciliación durante largas horas sin el pago de horas extras y conductas ilícitas relacionadas con el estado de inmigración que hicieron sentir vulnerables a los Miembros del Grupo del Acuerdo de conciliación. MasterCorp niega estos reclamos. El Tribunal no ha decidido quién tiene la razón. Las partes han aceptado el Acuerdo de conciliación para evitar los riesgos, la incertidumbre, los gastos y la carga relacionada con el litigio.

**¿Qué dispone la conciliación?** Los Miembros del Grupo del Acuerdo de conciliación que presenten un reclamo válido de manera oportuna recibirán una parte equitativa del Monto del Acuerdo de conciliación de **$4.950.000** de dólares estadounidenses menos honorarios de abogados y costos de litigio; compensaciones por servicios; costos de administración del acuerdo de conciliación; y cualquier impuesto aplicable ("Monto NETO del Acuerdo de conciliación"). Se estima que hay 205 Miembros del Grupo del Acuerdo de conciliación. Si todos los 205 presentan un reclamo, cada uno recibirá 1/205 del Monto NETO del Acuerdo de conciliación. Si menos Miembros del Grupo presentan un reclamo, los pagos aumentarán por igual según una parte prorrateada hasta alcanzar un máximo de 5/205 del Monto NETO del Acuerdo de conciliación. Cualquier fondo restante se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados.

www.ColombianHousekeeperSettlement.com o enviarlo por correo con fecha de franqueo postal a más tardar el **13 de agosto de 2024** a: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle WA 98111. Si no presenta un Formulario de reclamo válido a más tardar el **13 de agosto de 2024**, no recibirá un pago, pero quedará obligado por la sentencia que dicte el Tribunal.

**¿Qué otras opciones tengo?**

1) <u>No hacer nada.</u> No recibe pago alguno. Queda obligado por la decisión del Tribunal. Renuncia a su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

2) <u>Excluirse ("Retirarse").</u> Se retira del Grupo del Acuerdo de conciliación y no recibe pago alguno. Esta es la única opción que le permite conservar su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

3) <u>Objetar.</u> Le informa al Tribunal con qué parte del Acuerdo de conciliación no está conforme. Seguirá estando obligado por el Acuerdo y aún podrá presentar un Reclamo.

La fecha límite para excluirse u objetar es el **13 de agosto de 2024**. Para obtener más información sobre sus derechos y opciones, y sobre cómo excluirse u objetar, visite www.ColombianHousekeeperSettlement.com.

**¿Qué ocurrirá después?** El Tribunal celebrará la Audiencia de aprobación definitiva el **20 de septiembre de 2024** para considerar si otorga la aprobación final al Acuerdo de conciliación y si acepta la solicitud de los Abogados del Grupo por honorarios de abogados y costos de litigación que no excedan un tercio del Monto del Acuerdo de conciliación más los costos razonables; las compensaciones por servicios a los Demandantes por un monto máximo de $7.500 en dólares estadounidenses cada uno; y el reembolso de los gastos incurridos para la administración del acuerdo de conciliación, incluida la notificación y los impuestos. El Tribunal ha designado a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y a Mark Hanna de Murphy Anderson PLLC como Abogados del Grupo. No se le cobrará por los servicios de estos abogados. No está obligado a asistir a la audiencia, pero puede asistir a su propio cargo.

**¿Cómo obtengo más información?** Visite www.ColombianHousekeeperSettlement.com o llame al 1-888-825-1238 (en los EE. UU.) o al 01-800-519-1529 (en Colombia).

---

*Corte cuidadosamente este Formulario de cambio de dirección en la parte perforada*

Nombre: _____

Dirección actual: _____

_____

_____

COLOCAR
SELLO
AQUÍ

**Formulario de cambio de dirección**
Para asegurar que su información se mantenga actualizada en nuestros registros, confirme su dirección al completar la información anterior y depositando esta tarjeta postal en el correo postal de los EE. UU.

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

-EXHIBIT C-

From: info@ColombianHousekeeperSettlement.com
To: [Class Member email address]
Subject: Colombian Housekeeper $4.95 million USD Settlement Notice

---

# Colombians who provided housekeeping services at U.S. resorts through MasterCorp may qualify for a payment in a $4.95 million USD class action settlement

### Records indicate you may qualify for a payment

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

*Para una notificación en español, visite www.ColombianHousekeeperSettlement.com*

Dear [Class Member Name],

You are receiving this notice because records indicate you may be a Settlement Class Member in a proposed settlement that was reached in a class action lawsuit called *Jane Doe, et al. v. MasterCorp, Inc.*, Case No. 1:24-cv-00678 (E.D. Va.) (the "Settlement"). The Settlement is between Jane Doe, John Doe 1, and John Doe 2 (collectively "Plaintiffs"), on behalf of the proposed Settlement Class, and MasterCorp, Inc. ("MasterCorp" or "Defendant"). This Notice summarizes your rights and options. More details are available at www.ColombianHousekeeperSettlement.com.

## Am I part of the Settlement Class?

You are a Settlement Class Member if:

- ✓ You are a Colombian National or of Colombian origin;
- ✓ You were paid by Perennial Pete, LLC or one of its affiliated entities or companies, including SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; and
- ✓ You provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.

## What is this lawsuit about?

Plaintiffs claim that MasterCorp subjected Settlement Class Members to unfair and unlawful practices. These included working Settlement Class Members for long hours without overtime pay, and immigration-related wrongful conduct that made Settlement Class Members feel vulnerable. MasterCorp denies these claims. The Court has not decided who is right or wrong. The parties have agreed to the Settlement to avoid the risks, uncertainty, expense, and burden of litigation.

## What does the Settlement provide?

Settlement Class Members who file a valid and timely claim will receive an equal share of the **$4,950,000** USD Settlement Amount less attorneys' fees and litigation costs, service awards, settlement administration costs, and any applicable taxes ("NET Settlement Amount").

There are an estimated 205 Settlement Class Members. If all 205 file a claim, they will each receive 1/205 of the NET Settlement Amount. If fewer Class Members file a claim, payments will increase equally on a *pro rata* share, up to a maximum of 5/205 of the NET Settlement Amount. Any remaining funds will be distributed to St. Jude for undocumented-immigrant-related services.

**How can I get a payment?**

You may complete and submit a timely Claim Form online by clicking the "File A Claim" link below:



**FILE A CLAIM**

Or by mailing a paper Claim Form postmarked by **August 13, 2024** to:

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111

If you do not submit a valid Claim Form by **August 13, 2024**, you will not receive a payment, but you will be bound by the Court's judgment.

**What are my other options?**

1) <u>Do nothing</u>. Receive no payment. Be bound by the Court's decision. Give up your right to sue or continue to sue MasterCorp for the claims in this case.

2) <u>Exclude yourself ("Opt Out")</u>. Remove yourself from the Settlement Class and receive no payment. This is the only option that allows you to keep your right to sue or continue to sue MasterCorp for the claims in this case.

3) <u>Object</u>. Tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim.

The deadline to exclude yourself or object is **August 13, 2024**. For more details about your rights and options and how to exclude yourself or object, visit www.ColombianHousekeeperSettlement.com.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 20, 2024** to consider whether to give final approval to the Settlement and grant Class Counsel's request for attorneys' fees not to exceed one third of the Settlement Amount plus reasonable costs; service awards to Plaintiffs at a maximum amount of $7,500 in U.S. dollars each; as well as reimbursement for expenses incurred for settlement administration, including notice and taxes. The Court appointed Rachel Geman from Lieff, Cabraser, Heimann & Bernstein, LLP and Mark Hanna from Murphy Anderson PLLC as Class Counsel. You will not be charged for these lawyers. You do not need to attend the hearing, but you are welcome to attend at your own expense.

**How do I get more information?**

Visit www.ColombianHousekeeperSettlement.com or call 1-888-825-1238 (from U.S.) or 01-800-519-1529 (from Colombia).

**De:** [info@ColombianHousekeeperSettlement.com]
**Para:** [Class Member email address]
**Asunto:** Aviso de Acuerdo de conciliación con Housekeepers Colombianos por $4.95 millones de dólares estadounidenses

---

# Colombianos que proporcionaron servicios de limpieza en resorts de EE. UU. a través de MasterCorp pueden calificar para recibir un pago mediante un acuerdo de demanda colectiva de $4.95 millones de dólares estadounidenses

### Los registros indican que usted puede calificar para un pago

*Un tribunal federal autorizó este Aviso. Este Aviso no es una oferta de representación por parte de un abogado.*

*Para leer una notificación en español, visite www.ColombianHousekeeperSettlement.com*

Estimado/a [Class Member Name]:

Usted recibe este aviso porque los registros indican que puede ser Miembro del Grupo del Acuerdo de conciliación en un acuerdo de conciliación propuesto al que se llegó en una demanda colectiva llamada *Jane Doe, et al. v MasterCorp., Inc.*, n.º de caso 1:24-cv-00678 (E.D. Va.) (el "Acuerdo de conciliación"). El Acuerdo de conciliación se celebra entre John Doe 1 y John Doe 2 (en conjunto, los "Demandantes"), en nombre del Grupo del Acuerdo de conciliación propuesto, y MasterCorp., Inc. ("MasterCorp" o "Demandado"). Este Aviso resume sus derechos y opciones. Para obtener más detalles, visite www.ColombianHousekeeperSettlement.com.

## ¿Soy parte del Grupo del Acuerdo de la demanda colectiva?

Usted es miembro del Grupo del Acuerdo de conciliación si:

- ✓ Es ciudadano colombiano o de origen colombiano;
- ✓ Recibió pago de Perennial Pete, LLC o una de sus entidades o compañías afiliadas, que incluyen SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y
- ✓ Prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

## ¿De qué trata esta demanda?

Los Demandantes reclaman que MasterCorp sometió a los Miembros del Grupo del Acuerdo de conciliación a prácticas injustas e ilegales. Estas incluyeron hacer trabajar a los Miembros del Grupo del Acuerdo de conciliación durante largas horas sin el pago de horas extras y conductas ilícitas relacionadas con el estado de inmigración que hicieron sentir vulnerables a los Miembros del Grupo del Acuerdo de conciliación. MasterCorp niega estos reclamos. El Tribunal no ha decidido quién tiene la razón. Las partes han aceptado el Acuerdo de conciliación para evitar los riesgos, la incertidumbre, los gastos y la carga relacionada con el litigio.

## ¿Qué establece la conciliación?

Los Miembros del Grupo del Acuerdo de conciliación que presenten un reclamo válido de manera oportuna recibirán una parte equitativa del Monto del Acuerdo de conciliación de **$4.950.000** de dólares estadounidenses menos honorarios de abogados y costos de litigio; compensaciones por servicios;

costos de administración del acuerdo de conciliación; y cualquier impuesto aplicable ("Monto NETO del Acuerdo de conciliación").

Se estima que hay 205 Miembros del Grupo del Acuerdo de conciliación. Si todos los 205 presentan un reclamo, cada uno recibirá 1/205 del Monto NETO del Acuerdo de conciliación. Si menos Miembros del Grupo presentan un reclamo, los pagos aumentarán por igual según una parte prorrateada hasta alcanzar un máximo de 5/205 del Monto NETO del Acuerdo de conciliación. Cualquier fondo restante se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados.

### ¿Cómo puedo recibir un pago?

Puede completar y enviar un Formulario de reclamo en línea en tiempo y forma al hacer clic en el enlace "Interponer un reclamo" a continuación:

**INTERPONER UN RECLAMO**

O puede enviar por correo postal un Formulario de reclamo impreso con fecha de franqueo postal a más tardar del **13 de agosto de 2024** a:

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308**,** Seattle WA 98111

Si no presenta un Formulario de reclamo válido a más tardar el **13 de agosto de 2024**, no recibirá un pago, pero quedará obligado por la sentencia que dicte el Tribunal.

### ¿Qué otras opciones tengo?

1) No hacer nada. No recibe pago alguno. Queda obligado por la decisión del Tribunal. Renuncia a su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

2) Excluirse ("Retirarse"). Se retira del Grupo del Acuerdo de conciliación y no recibe pago alguno. Esta es la única opción que le permite conservar su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

3) Objetar. Le informa al Tribunal con qué parte del Acuerdo de conciliación no está conforme. Seguirá estando obligado por el Acuerdo y aún podrá presentar un Reclamo.

La fecha límite para excluirse u objetar es el **13 de agosto de 2024**. Para obtener más información sobre sus derechos y opciones, y sobre cómo excluirse u objetar, visite www.ColombianHousekeeperSettlement.com.

### ¿Qué ocurrirá después?

El Tribunal celebrará la Audiencia de Aprobación Definitiva el **20 de septiembre de 2024** para considerar si otorga la aprobación final al Acuerdo de conciliación y si acepta la solicitud de los Abogados del Grupo por honorarios de abogados y costos de litigación que no excedan un tercio del Monto del Acuerdo de conciliación más los costos razonables; las compensaciones por servicios a los Demandantes por un monto máximo de $7.500 en dólares estadounidenses cada uno; y el reembolso de los gastos incurridos para la administración del acuerdo de conciliación, incluida la notificación y los impuestos. El Tribunal ha designado a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y a Mark Hanna de Murphy Anderson PLLC como Abogados del Grupo. No se le cobrará por los servicios de estos abogados. No está obligado a asistir a la audiencia, pero puede asistir a su propio cargo.

**¿Cómo obtengo más información?**

Visite www.ColombianHousekeeperSettlement.com o llame al 1-888-825-1238 (en los EE. UU.) o al 01-800-519-1529 (en Colombia).

-EXHIBIT D-





CELEBRIDADES    PONTE BELLA    TELEVISIÓN    TELENOVELAS    MAMÁS Y BEBÉS    NOTICIAS    HORÓSCOPO    RECETAS

En estos días era fotografiada junto a Ben Affleck cuando acudían al partido de baloncesto del hijo del actor. Un frío beso en la mejilla reforzaba los rumores de su distanciamiento.

Sin embargo, no hay nada confirmado. Solo la cancelación de la gira de la cantante, quien ha confesado que necesita tiempo en familia al sentirse "devastada".



AVISO LEGAL

Afecta a housekeepers Colombianos en resorts de EE.UU. a través de MasterCorp

Acuerdo de demanda colectiva de 4,95 millones de dólares

PRESENTAR UN RECLAMO DE PAGO



Anuncio





ADVERTISEMENT



Y es que las dos ediciones previas de **Juegos Olímpicos que albergó París** no se parecieron en nada a ésta, pues incluso se disputaron "deportes" que hoy no se considerarían olímpicos y que pasan más por un tema de recreación.















# -EXHIBIT E-

# Colombians who provided housekeeping services at U.S. resorts through MasterCorp may qualify for a payment in a $4.95 million USD class action settlement

USA - English ▾

NEWS PROVIDED BY
**JND Legal Administration →**
Jun 05, 2024, 09:32 ET

SEATTLE, June 5, 2024 /PRNewswire/ -- JND Legal Notification -- A proposed settlement has been reached in a class action lawsuit called *Jane Doe, et al. v MasterCorp., Inc*., Case No. 1:24-cv-00678 (E.D. Va.) (the "Settlement"). The Settlement is between Jane Doe, John Doe 1, and John Doe 2 (collectively "Plaintiffs"), on behalf of the proposed Settlement Class, and MasterCorp., Inc. ("MasterCorp" or "Defendant"). This Notice summarizes your rights and options. More details are available at **www.ColombianHousekeeperSettlement.com**.

**Am I part of the Settlement Class?**

You are a Settlement Class Member if:

- You are a Colombian National or of Colombian origin;
- You were paid by Perennial Pete, LLC or one of its affiliated entities or companies, including SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; and
- You provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.

**What is this lawsuit about?**

Plaintiffs claim that MasterCorp subjected Settlement Class Members to unfair and unlawful practices. These included working Settlement Class Members for long hours without overtime pay, and immigration-related misconduct that made Settlement Class Members vulnerable. MasterCorp denies these claims. The Court has not decided who is right or wrong. The parties have agreed to the Settlement to avoid the risks, uncertainty, expense, and burden of litigation.

**What does the Settlement provide?**

Settlement Class Members who file a valid and timely claim will receive an equal share of the $4,950,000 USD Settlement Amount less attorneys' fees and litigation costs, service awards, settlement administration costs, and any applicable taxes ("NET Settlement Amount").

There are an estimated 205 Settlement Class Members. If all 205 file a claim, they will each receive 1/205 of the NET Settlement Amount. If fewer Class Members file a claim, payments will increase equally on a *pro rata* share, up to a maximum of 1/50 of the NET Settlement Amount. Any remaining funds will be distributed to St. Jude for undocumented-immigrant-related services.

**How can I get a payment?**

You must complete and submit a timely Claim Form online at **www.ColombianHousekeeperSettlement.com** or mailed postmarked by **August 13, 2024** to: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle WA 98111. If you do not submit a valid Claim Form by **August 13, 2024**, you will not receive a payment, but you will be bound by the Court's judgment.

**What are my other options?**

1) Do nothing. Receive no payment. Be bound by the Court's decision. Give up your right to sue or continue to sue MasterCorp for the claims in this case.

2) <u>Exclude yourself ("Opt Out")</u>. Remove yourself from the Settlement Class and receive no payment. This is the only option that allows you to keep your right to sue or continue to sue MasterCorp for the claims in this case.

3) <u>Object</u>. Tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim.

The deadline to exclude yourself or object is **August 13, 2024**. For more details about your rights and options and how to exclude yourself or object, visit **www.ColombianHousekeeperSettlement.com**.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 20, 2024** to consider whether to give final approval to the Settlement and grant Class Counsel's request for attorneys' fees and litigation costs not to exceed one third of the Settlement Amount plus reasonable costs; service awards to Plaintiffs at a maximum amount of $7,500 in U.S. dollars each; as well as reimbursement for expenses incurred for settlement administration, including notice and taxes. The Court appointed Rachel Geman from Lieff, Cabraser, Heimann & Bernstein, LLP and Mark Hanna from Murphy Anderson PLLC as Class Counsel. You will not be charged for these lawyers. You do not need to attend the hearing, but you are welcome to attend at your own expense.

**How do I get more information?**

Visit **www.ColombianHousekeeperSettlement.com** or call 1-888-825-1238 (from U.S.) or 01-800-519-1529 (from Colombia).

SOURCE JND Legal Administration

# Los colombianos que brindaron servicios de limpieza en resorts de EE. UU. a través de MasterCorp pueden calificar para un pago en un acuerdo de demanda colectiva de $ 4.95 millones de dólares

USA - español ▾

NEWS PROVIDED BY
**JND Legal Administration** ➔
Jun 05, 2024, 09:32 ET

SEATTLE, 5 de junio de 2024 /PRNewswire-HISPANIC PR WIRE/ -- Notificación legal de JND -- Se ha llegado a un acuerdo propuesto en una demanda colectiva llamada *Jane Doe, et al. contra MasterCorp., Inc*., Caso No. 1:24-cv-00678 (e.d. Va.) (el "Acuerdo"). El Acuerdo es entre Jane Doe, John Doe 1 y John Doe 2 (colectivamente "Demandantes"), en nombre de la Clase del Acuerdo propuesta, y MasterCorp., Inc. ("MasterCorp" o "Demandado"). Este Aviso resume sus derechos y opciones. Más detalles están disponibles en **www.ColombianHousekeeperSettlement.com**.

**¿Formo parte del Colectivo del Acuerdo?**

Usted es un Miembro de la Clase del Acuerdo si:

- Usted es de nacionalidad colombiana o de origen colombiano;
- Perennial Pete, LLC o una de sus entidades o empresas afiliadas, incluidas SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y
- Proporcionó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp fue responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

**¿De qué se trata esta demanda?**

Los Demandantes afirman que MasterCorp sometió a los Miembros de la Clase del Acuerdo a prácticas desleales e ilegales. Estos incluyeron trabajar con los Miembros de la Clase del Acuerdo durante largas horas sin pago de horas extras y mala conducta relacionada con la inmigración que hizo que los Miembros de la Clase del Acuerdo fueran vulnerables. MasterCorp niega estas afirmaciones. El Tribunal no ha decidido quién tiene razón o no. Las partes han acordado el Acuerdo para evitar los riesgos, la incertidumbre, el gasto y la carga del litigio.

**¿Qué proporciona el Acuerdo?**

Los Miembros de la Clase del Acuerdo que presenten una reclamación válida y oportuna recibirán una parte igual del Monto del Acuerdo de $ 4,950,000 USD menos los honorarios de abogados y los costos de litigio, las adjudicaciones de servicios, los costos de administración del Acuerdo y cualquier impuesto aplicable ("Monto NETO del Acuerdo").

Se estima que hay 205 Miembros de la Clase del Acuerdo. Si los 205 presentan una reclamación, cada uno recibirá 1/205 del Monto NETO del Acuerdo. Si menos Miembros del Colectivo presentan una reclamación, los pagos aumentarán por igual en una *acción* prorrateada, hasta un máximo de 1/50 del Monto NETO del Acuerdo. Cualquier fondo restante se distribuirá a St. Jude para servicios relacionados con inmigrantes indocumentados.

**¿Cómo puedo recibir un pago?**

Debe completar y enviar un Formulario de Reclamación oportuno en línea en **www.ColombianHousekeeperSettlement.com** o por correo postal antes del 13 de **agosto de 2024** a: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle

WA 98111. Si no presenta un Formulario de Reclamación válido antes del 13 de **agosto de 2024**, no recibirá un pago, pero estará sujeto a la sentencia del Tribunal.

**¿Cuáles son mis otras opciones?**

1) <u>No hacer nada</u>. No recibir ningún pago. Estar obligado por la decisión del Tribunal. Renuncie a su derecho a demandar o continúe demandando a MasterCorp por las reclamaciones en este caso.

2) <u>Exclúyase ("Excluirse")</u>. Retirarse del Colectivo del Acuerdo y no recibir ningún pago. Esta es la única opción que le permite mantener su derecho a demandar o continuar demandando a MasterCorp por las reclamaciones en este caso.

3) <u>Objeto</u>. Dígale al Tribunal lo que no le gusta del Acuerdo. Aún estará obligado por el Acuerdo, y aún puede presentar un reclamo.

La fecha límite para excluirse u objetar es el 13 **de agosto de 2024**. Para obtener más detalles sobre sus derechos y opciones y cómo excluirse u objetar, visite **www.ColombianHousekeeperSettlement.com**.

**¿Qué sucede después?**

El Tribunal celebrará una Audiencia de Aprobación Final el 20 de **septiembre de 2024** para considerar si debe dar la aprobación final al Acuerdo y otorgar la solicitud del Abogado de la Clase de que los honorarios de los abogados y los costos del litigio no excedan un tercio del Monto del Acuerdo más los costos razonables; adjudicaciones de servicios a los Demandantes por un monto máximo de $ 7,500 en dólares estadounidenses cada una; así como el reembolso de los gastos incurridos por la administración del Acuerdo, incluidos los avisos y los impuestos. El Tribunal nombró a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y Mark Hanna de Murphy Anderson PLLC como Abogados de la Clase. No se le cobrará por estos abogados. No es necesario que asista a la audiencia, pero puede asistir por su propia cuenta.

**¿Cómo puedo obtener más información?**

Visite **www.ColombianHousekeeperSettlement.com** o llame al 1-888-825-1238 (desde EE. UU.) o al 01-800-519-1529 (desde Colombia).

# Los colombianos que brindaron servicios de limpieza en resorts de EE. UU. a través de MasterCorp pueden calificar para un pago en un acuerdo de demanda colectiva de $ 4.95 millones de dólares

MEXICO - Spanish ▾

NOTICIAS PROPORCIONADAS POR
**JND Legal Administration →**
05 jun, 2024, 13:32 GMT

SEATTLE, 5 de junio de 2024 /PRNewswire/ -- Notificación legal de JND -- Se ha llegado a un acuerdo propuesto en una demanda colectiva llamada *Jane Doe, et al. contra MasterCorp., Inc*., Caso No. 1:24-cv-00678 (e.d. Va.) (el "Acuerdo"). El Acuerdo es entre Jane Doe, John Doe 1 y John Doe 2 (colectivamente "Demandantes"), en nombre de la Clase del Acuerdo propuesta, y MasterCorp., Inc. ("MasterCorp" o "Demandado"). Este Aviso resume sus derechos y opciones. Más detalles están disponibles en **www.ColombianHousekeeperSettlement.com**.

**¿Formo parte del Colectivo del Acuerdo?**

Usted es un Miembro de la Clase del Acuerdo si:

- Usted es de nacionalidad colombiana o de origen colombiano;
- Perennial Pete, LLC o una de sus entidades o empresas afiliadas, incluidas SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y
- Proporcionó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp fue responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

**¿De qué se trata esta demanda?**

Los Demandantes afirman que MasterCorp sometió a los Miembros de la Clase del Acuerdo a prácticas desleales e ilegales. Estos incluyeron trabajar con los Miembros de la Clase del Acuerdo durante largas horas sin pago de horas extras y mala conducta relacionada con la inmigración que hizo que los Miembros de la Clase del Acuerdo fueran vulnerables. MasterCorp niega estas afirmaciones. El Tribunal no ha decidido quién tiene razón o no. Las partes han acordado el Acuerdo para evitar los riesgos, la incertidumbre, el gasto y la carga del litigio.

**¿Qué proporciona el Acuerdo?**

Los Miembros de la Clase del Acuerdo que presenten una reclamación válida y oportuna recibirán una parte igual del Monto del Acuerdo de $ 4,950,000 USD menos los honorarios de abogados y los costos de litigio, las adjudicaciones de servicios, los costos de administración del Acuerdo y cualquier impuesto aplicable ("Monto NETO del Acuerdo").

Se estima que hay 205 Miembros de la Clase del Acuerdo. Si los 205 presentan una reclamación, cada uno recibirá 1/205 del Monto NETO del Acuerdo. Si menos Miembros del Colectivo presentan una reclamación, los pagos aumentarán por igual en una *acción* prorrateada, hasta un máximo de 1/50 del Monto NETO del Acuerdo. Cualquier fondo restante se distribuirá a St. Jude para servicios relacionados con inmigrantes indocumentados.

**¿Cómo puedo recibir un pago?**

Debe completar y enviar un Formulario de Reclamación oportuno en línea en **www.ColombianHousekeeperSettlement.com** o por correo postal antes del **13 de agosto de 2024** a: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle

WA 98111. Si no presenta un Formulario de Reclamación válido antes del **13 de agosto de 2024**, no recibirá un pago, pero estará sujeto a la sentencia del Tribunal.

**¿Cuáles son mis otras opciones?**

1) No hacer nada. No recibir ningún pago. Estar obligado por la decisión del Tribunal. Renuncie a su derecho a demandar o continúe demandando a MasterCorp por las reclamaciones en este caso.

2) Exclúyase ("Excluirse"). Retirarse del Colectivo del Acuerdo y no recibir ningún pago. Esta es la única opción que le permite mantener su derecho a demandar o continuar demandando a MasterCorp por las reclamaciones en este caso.

3) Objeto. Dígale al Tribunal lo que no le gusta del Acuerdo. Aún estará obligado por el Acuerdo, y aún puede presentar un reclamo.

La fecha límite para excluirse u objetar es el **13 de agosto de 2024**. Para obtener más detalles sobre sus derechos y opciones y cómo excluirse u objetar, visite **www.ColombianHousekeeperSettlement.com**.

**¿Qué sucede después?**

El Tribunal celebrará una Audiencia de Aprobación Final el **20 de septiembre de 2024** para considerar si debe dar la aprobación final al Acuerdo y otorgar la solicitud del Abogado de la Clase de que los honorarios de los abogados y los costos del litigio no excedan un tercio del Monto del Acuerdo más los costos razonables; adjudicaciones de servicios a los Demandantes por un monto máximo de $ 7,500 en dólares estadounidenses cada una; así como el reembolso de los gastos incurridos por la administración del Acuerdo, incluidos los avisos y los impuestos. El Tribunal nombró a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y Mark Hanna de Murphy Anderson PLLC como Abogados de la Clase. No se le cobrará por estos abogados. No es necesario que asista a la audiencia, pero puede asistir por su propia cuenta.

**¿Cómo puedo obtener más información?**

Visite **www.ColombianHousekeeperSettlement.com** o llame al 1-888-823-4238 (desde EE. UU.) o al
01-800-519-1529 (desde Colombia).

FUENTE JND Legal Administration

-EXHIBIT F-

<u>LEGAL NOTICE</u>

# Colombians who provided housekeeping services at U.S. resorts through MasterCorp may qualify for a payment in a $4.95 million USD class action settlement

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

*Para una notificación en español, visite www.ColombianHousekeeperSettlement.com*

- A proposed settlement has been reached in a class action lawsuit called *Jane Doe, et al. v. MasterCorp, Inc.*, Case No. 1:24-cv-00678 (E.D. Va.) (the "Settlement"). The Settlement is between Jane Doe, John Doe 1, and John Doe 2 (collectively "Plaintiffs"), on behalf of the proposed Settlement Class, and MasterCorp, Inc. ("MasterCorp" or "Defendant").

- You are a Settlement Class Member if:

  - ✓ You are a Colombian National or of Colombian origin;

  - ✓ You were paid by Perennial Pete, LLC or one of its affiliated entities or companies, including SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; and

  - ✓ You provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.

- Plaintiffs claim that MasterCorp subjected Settlement Class Members to unfair and unlawful practices. These included working Settlement Class Members for long hours without overtime pay, and immigration-related wrongful conduct that made Settlement Class Members feel vulnerable. MasterCorp denies it has committed any wrongdoing or violated any state or federal law. The Court has not decided who is right or wrong. Instead, the parties have agreed to the Settlement to avoid the risks, uncertainty, expense, and burden of litigation.

- If the Settlement is approved by the Court, MasterCorp will pay **$4,950,000** in U.S. dollars. After deducting costs associated with attorneys' fees and reasonable costs to Class Counsel, service awards to Plaintiffs, settlement administration and notice costs to the Settlement Administrator, and any applicable taxes, the funds are available to Settlement Class Members who submit timely Claim Forms. Any remaining funds will be distributed to St. Jude, for undocumented-immigrant-related services.

- If you are a Settlement Class Member, your legal rights are affected whether or not you act. **Please read this notice carefully**.

| YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| **FILE A CLAIM** | • Receive a payment<br>• Be bound by the Settlement<br>• Give up your individual right to sue or continue to sue MasterCorp for the claims in this case | Submit online or postmarked by **August 13, 2024** |
| **ASK TO BE EXCLUDED ("OPT OUT")** | • Remove yourself from the Settlement Class and receive no payment<br>• Keep your individual right to sue or continue to sue MasterCorp for the claims in this case | Postmarked by **August 13, 2024** |
| **OBJECT** | • Tell the Court what you do not like about the Settlement — You will still be bound by the Settlement, and you may still file a claim | Postmarked by **August 13, 2024** |
| **ATTEND THE HEARING** | • Ask to speak in Court about the Settlement — If you want your own attorney to represent you, you must pay for him or her yourself<br>• File your Notice of Intent to Appear by August 13, 2024 | **September 20, 2024** |
| **DO NOTHING** | • Receive no payment<br>• Give up your right to sue  or continue to sue MasterCorp for the claims in this case | |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice. The deadlines may be moved, canceled, or otherwise modified, so please check the Settlement Website, www.ColombianHousekeeperSettlement.com, regularly for updates and further details.

- The Court in charge of this case still has to decide whether to approve the Settlement. **Payments will be made after the Court approves the Settlement**. Please be patient.

QUESTIONS?  Visit www.ColombianHousekeeperSettlement.com or
call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529

2

# <u>WHAT THIS NOTICE CONTAINS</u>

**Basic Information**................................................................................................................**4**

1.   Why is there a notice?.................................................................................4

2.   What is this lawsuit about?..........................................................................4

3.   Why is this a class action?..........................................................................4

4.   Why is there a Settlement?.........................................................................4

**Who is in the Settlement Class?**..........................................................................4

5.   Am I part of the Settlement Class?..............................................................4

6.   What if I am still not sure if I am included in the Settlement Class?............5

7.   I am not sure I was authorized to work. Can I still participate?...................5

**Settlement Benefits – What Settlement Class Members Get**................................5

8.   What does the Settlement provide?.............................................................5

9.   What can I get from the Settlement?............................................................5

**How to Get a Payment**.........................................................................................5

10.   How can I get a payment?..........................................................................5

11.   When will I get my payment?......................................................................6

12.   What am I giving up to receive a payment or stay in the Settlement?.........6

**Excluding Yourself from the Settlement**...............................................................6

13.   How do I get out of the Settlement?...........................................................6

14.   If I do not exclude myself, can I sue MasterCorp for the same thing later?.....7

15.   If I exclude myself, can I still get a Settlement payment as part of this class action?....7

**The Lawyers Representing You**............................................................................7

16.   Do I need to hire my own lawyer?..............................................................7

17.   How will the lawyers be paid?....................................................................7

**Objecting to the Settlement**................................................................................7

18.   How do I tell the Court if I do not like the Settlement?................................7

19.   What is the difference between objecting and excluding?...........................8

**The Court's Final Approval Hearing**....................................................................8

20.   When and where will the Court decide whether to approve the Settlement?....8

21.   Do I have to come to the hearing?..............................................................8

22.   May I speak at the hearing?.......................................................................9

**If You Do Nothing**...............................................................................................9

23.   What happens if I do nothing at all?...........................................................9

**Getting More Information**....................................................................................9

24.   How do I get more information?..................................................................9

QUESTIONS?  Visit www.ColombianHousekeeperSettlement.com or
call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529

3

# BASIC INFORMATION

| 1. | Why is there a notice? |
|---|---|

You have a right to know about the proposed Settlement in this class action lawsuit and about your rights and options before the Court decides whether to approve the Settlement.

The Court in charge of this case is the United States District Court for the Eastern District of Virginia. The case is called *Jane Doe, et al. v MasterCorp, Inc.*, Case No. 1:24-cv-00678. The Settlement is between Jane Doe, John Doe 1, and John Doe 2 (collectively "Plaintiffs"), on behalf of the proposed Settlement Class, and MasterCorp, Inc. ("MasterCorp" or "Defendant").

| 2. | What is this lawsuit about? |
|---|---|

Plaintiffs claim that MasterCorp subjected Settlement Class Members to wrongful labor and immigration-related wrongful conduct in violation of 18 U.S. Code sections 1581 et seq. ("TVPRA"); failed to pay the workers all compensation due to them in violation of 29 U.S. Code sections 201 et seq. ("FLSA") and the wage and hour laws of various states; engaged in discrimination on the basis of national origin in violation of federal and state anti-discrimination statutes; and committed common law fraud and negligence. The major claims in this lawsuit for which Plaintiffs are seeking relief on an individual and class basis are their claims asserting violations of TVPRA, discrimination on the basis of national origin, and their common law claims.

| 3. | What is this a class action? |
|---|---|

In a class action, one or more people called Plaintiffs sue on behalf of people who have similar claims. All these people are a class or class members.

| 4. | Why is there a settlement? |
|---|---|

MasterCorp denies it has committed any wrongdoing or violated any state or federal law pertaining to wrongful labor or immigration-related wrongful conduct, payment of wages, hours of work, or earnings in any form, or discrimination on the basis of national origin. The Court has not decided who is right or wrong. Instead, the parties have agreed to the Settlement to avoid the risks, uncertainty, expense, and burden of further litigation. Plaintiffs and their attorneys think the Settlement is in the best interest of the Settlement Class and is fair, reasonable, and adequate.

# WHO IS IN THE SETTLEMENT CLASS?

| 5. | Am I part of the Settlement Class? |
|---|---|

The Settlement Class includes all workers who are Colombian Nationals or of Colombian origin who were paid by Perennial Pete, LLC or one of its affiliated entities or companies, and who provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping services between March 19, 2021 and May 15, 2024.

**6.    What if I am still not sure if I am included in the Settlement Class?**

If you are not sure whether you are a Settlement Class Member, or have any other questions about the Settlement, visit www.ColombianHousekeeperSettlement.com, or call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529.

**7.    I am not sure I was authorized to work. Can I still participate?**

Yes. You can still participate as long as you submit a timely Claim Form online or postmarked by **August 13, 2024**.

## SETTLEMENT BENEFITS – WHAT SETTLEMENT CLASS MEMBERS GET

**8.    What does the Settlement provide?**

If the Settlement is approved by the Court, MasterCorp will pay a Settlement Amount of **$4,950,000** in U.S. dollars for:

1. Payments to Settlement Class Members who file a valid and timely claim;
2. Attorneys' fees and reasonable costs to Class Counsel (not to exceed one third of the Settlement Amount plus their reasonable costs);
3. Service awards to Plaintiffs (maximum amount of $7,500 in U.S. dollars each);
4. Settlement administration and notice costs to the Settlement Administrator; and
5. Any applicable taxes.

Payments will be distributed equally among all Settlement Class Members who file a valid and timely claim.

**9.    What can I get from the Settlement?**

Settlement Class Members who file a valid and timely claim will receive an equal share of the NET Settlement Amount. The NET Settlement Amount is the **$4,950,000** Settlement Amount less attorneys' fees and reasonable costs, service awards, settlement administration costs, and any applicable taxes.

There are an estimated 205 Settlement Class Members. If all 205 file a claim, they will each receive 1/205 of the Net Settlement Amount. If fewer Class Members file a claim, payments will increase equally on a *pro rata* share. For example, if only 125 Settlement Class Members file a claim, each will receive 1/125 of the Net Settlement Amount. However, there is a cap. The maximum payment any Settlement Class Member can get is 5/205 of the Net Settlement Amount. Any remaining funds in the NET Settlement Amount will be distributed to St. Jude for undocumented-immigrant-related services.

## HOW TO GET A PAYMENT

**10.    How can I get a payment?**

To be eligible to receive a payment from the Settlement, you must complete and submit a timely Claim Form. The Claim Form can be obtained online at www.ColombianHousekeeperSettlement.com or by writing the Settlement Administrator at the

address listed below. All Claim Forms must be submitted online or postmarked by **August 13, 2024**.

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111
www.ColombianHousekeeperSettlement.com

If you do not submit a valid Claim Form by **August 13, 2024**, you will not receive a payment, but you will be bound by the Court's judgment.

| 11. | When will I get my payment? |
|---|---|

Payments will be made to Settlement Class Members who submit a valid and timely Claim Form after the Court grants "final approval" to the Settlement. If the Court approves the Settlement, there may be appeals. It's always uncertain whether these appeals can be resolved and resolving them can take time. Please be patient.

| 12. | What am I giving up to receive a payment or stay in the Settlement? |
|---|---|

If you are a Settlement Class Member, unless you exclude yourself from the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against MasterCorp about the claims released in this Settlement. It also means that all the decisions by the Court will bind you. The Released Claims and Releasees are defined in the Settlement Agreement and describe the legal claims that you give up if you stay in the Settlement. The Settlement Agreement is available at www.ColombianHousekeeperSettlement.com.

## <u>EXCLUDING YOURSELF FROM THE SETTLEMENT</u>

If you do not want a payment from the Settlement or you want to keep the right to sue or continue to sue MasterCorp on your own about the claims released in this settlement, then you must take steps to get out. This is called excluding yourself—or it is sometimes referred to as "opting out" of the Settlement.

| 13. | How do I get out of the Settlement? |
|---|---|

To exclude yourself (or "opt out") from the Settlement, you must submit an Opt-Out Letter. Your Opt-Out Letter must include the following:

- Your name, current street address, and telephone number;
- Documents or testimony sufficient to establish your membership in the Settlement Class;
- A statement saying that you want to be excluded from the Settlement;
- The case name and number (*Jane Doe, et al. v MasterCorp, Inc.*, Case No. 1:24-cv-00678); and
- Your signature.

Your exclusion request must be postmarked by August 13, 2024 to:

Colombian Housekeeper Settlement – Exclusions
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

If you ask to be excluded from the Settlement, you will not get any payment from the Settlement, and you cannot object to the Settlement.

If you do not include the required information or timely submit your Opt-Out Letter, you will remain a Settlement Class Member and will not be able to sue MasterCorp about the claims in this lawsuit.

| **14.** | **If I do not exclude myself, can I sue MasterCorp for the same thing later?** |
|---|---|

No. Unless you exclude yourself, you give up any right to sue MasterCorp for the claims that the Settlement resolves. If you have a pending lawsuit against MasterCorp, speak to your lawyer in that lawsuit immediately. You must exclude yourself from the Settlement to continue your own lawsuit. If you properly exclude yourself from the Settlement, you will not be bound by any orders or judgments related to the Settlement.

| **15.** | **If I exclude myself, can I still get a Settlement payment as part of this class action?** |
|---|---|

No. You will not get money from the Settlement if you exclude yourself. If you exclude yourself from the Settlement, do not send in a Claim Form asking for benefits form the Settlement.

## THE LAWYERS REPRESENTING YOU

| **16.** | **Do I need to hire my own lawyer?** |
|---|---|

No. The Court has appointed Rachel Geman from Lieff, Cabraser, Heimann & Bernstein, LLP and Mark Hanna from Murphy Anderson PLLC as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| **17.** | **How will the lawyers be paid?** |
|---|---|

Class Counsel will file a motion seeking a fee award not to exceed one third of the Settlement Amount plus reasonable costs. Any attorney fee award is ultimately determined by the Court. Class Counsel's motion for fees and costs, and for Plaintiffs' service awards, will be available at www.ColombianHousekeeperSettlement.com before July 31, 2024 so that you have an opportunity to comment on the motion.

## OBJECTING TO THE SETTLEMENT

| **18.** | **How do I tell the Court if I do not like the Settlement?** |
|---|---|

Any Settlement Class Member who does not timely and properly opt out of a settlement may object to the proposed Settlement. Objections must be submitted in writing to the Settlement Administrator postmarked by **August 13, 2024**.

The written objection must include:

- The case name and number (*Jane Doe, et al. v MasterCorp, Inc.*, Case No. 1:24cv-00678);
- Your name, address, and telephone number;
- Documents or testimony sufficient to establish your membership in the Settlement Class;
- A detailed statement of your objection;
- Whether you are requesting the opportunity to appear and be heard at the Final Approval Hearing;
- The identity of all counsel (if any) representing you who will appear at the Final Approval Hearing;
- Copies of any papers, briefs, or other documents upon which your objection is based; and
- Your signature, in addition to the signature of your attorney (if any).

Your objection must be mailed postmarked by **August 13, 2024** to:

Colombian Housekeeper Settlement – Objection
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

| **19.    What is the difference between objecting and excluding?** |
|---|

Objecting is simply telling the Court that you don't like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is telling the Court that you don't want to be part of the Settlement. If you exclude yourself from the Settlement, you have no basis to object to the Settlement because it no longer affects you.

# THE COURT'S FINAL APPROVAL HEARING

| **20.    When and where will the Court decide whether to approve the Settlement?** |
|---|

The Court will hold a Final Approval Hearing on September 20, 2024 at 10:00 a.m. ET at the United States District Courthouse for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314..

At the hearing, the Court will consider whether to give final approval to the Settlement and grant Class Counsel's request for attorneys' fees not to exceed one third of the Settlement Amount plus reasonable costs; service awards to Plaintiffs at a maximum amount of $7,500 in U.S. dollars each; as well as reimbursement for expenses incurred for settlement administration, including notice and taxes.

| **21.    Do I have to come to the hearing?** |
|---|

No. Class Counsel will answer any questions that the Court may have, but you may come at your own expense. If you submit an objection, you don't have to come to Court to talk about it. As long as you filed and served your written objection on time to the Settlement Administrator, the Court will consider it. You may also pay your own lawyer to attend.

QUESTIONS? Visit www.ColombianHousekeeperSettlement.com or
call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529

8

| **22.** | **May I speak at the hearing?** |

Yes. You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear." Your request must include your name, address, and telephone number, as well as the name, address, and telephone number of the person that will appear on your behalf, as well as copies of any papers, exhibits, or other evidence that you or your counsel will present to the Court in connection with the Final Approval Hearing. Your request must be mailed to the Settlement Administrator postmarked by **August 13, 2024**.

If you do not provide a Notice of Intention to Appear in complete accordance with the deadline and specifications provided above, you may not be allowed to speak or otherwise present any views at the Final Approval Hearing.

## IF YOU DO NOTHING

| **23.** | **What happens if I do nothing at all?** |

If you do nothing, you will not get a payment from the Settlement. Unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against MasterCorp about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

| **24.** | **How do I get more information?** |

This notice summarizes the proposed Settlement. You can visit www.ColombianHousekeeperSettlement.com to review the complete settlement documents, papers, and pleadings filed in this litigation, or contact the Settlement Administrator for more information:

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111

1-888-825-1238 (from U.S.)
01-800-519-1529 (from Colombia)

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE**

QUESTIONS?  Visit www.ColombianHousekeeperSettlement.com or
call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529

9

<u>AVISO LEGAL</u>

**Colombianos que proporcionaron servicios de limpieza en resorts de EE. UU. a través de MasterCorp pueden calificar para recibir un pago mediante un acuerdo de demanda colectiva de $4.95 millones de dólares estadounidenses**

*Un tribunal federal autorizó este Aviso.*
*Este Aviso no es una oferta de representación por parte de un abogado.*

*Para leer una notificación en español, visite www.ColombianHousekeeperSettlement.com*

- Se ha llegado a un acuerdo de conciliación propuesto en una demanda colectiva llamada *Jane Doe, et al. v. MasterCorp Inc.,* n.º de caso 1:24-cv-00678 (E.D. Va.) (el "Acuerdo de conciliación"). El Acuerdo de conciliación se celebra entre John Doe 1 y John Doe 2 (en conjunto, los "Demandantes"), en nombre del Grupo del Acuerdo de conciliación propuesto, y MasterCorp, Inc. ("MasterCorp" o "Demandado").

- Usted es miembro del Grupo del Acuerdo de conciliación si:
    - ✓ Es ciudadano colombiano o de origen colombiano;
    - ✓ Recibió pago de Perennial Pete, LLC o una de sus entidades o compañías afiliadas, que incluyen SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y
    - ✓ Prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

- Los Demandantes reclaman que MasterCorp sometió a los Miembros del Grupo del Acuerdo de conciliación a prácticas injustas e ilegales. Estas incluyeron hacer trabajar a los Miembros del Grupo del Acuerdo de conciliación durante largas horas sin el pago de horas extras y conductas ilícitas relacionadas con el estado de inmigración que hicieron sentir vulnerables a los Miembros del Grupo del Acuerdo de conciliación. MasterCorp niega haber cometido algún acto ilícito o violado alguna ley estatal o federal. El Tribunal no ha decidido quién tiene la razón. En lugar de esto, las partes han aceptado el Acuerdo de conciliación para evitar los riesgos, la incertidumbre, los gastos y la carga relacionada con el litigio.

- Si el Tribunal aprueba el Acuerdo de conciliación, MasterCorp pagará **$4.950.000** en dólares estadounidenses. Después de deducir los costos asociados con los honorarios de los abogados y los costos razonables de los Abogados del Grupo, las compensaciones por servicios a los Demandantes, la administración del acuerdo de conciliación y los costos de notificación al Administrador del Acuerdo de conciliación, y cualquier impuesto aplicable, los fondos estarán disponibles para los Miembros del Grupo del Acuerdo de conciliación que presenten los Formularios de reclamo de manera oportuna. Cualquier fondo restante se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

- Si usted es miembro del Grupo del Acuerdo de conciliación, sus derechos legales pueden verse afectados independientemente de que usted actúe o no. *Lea detenidamente este aviso*.

| SUS DERECHOS Y OPCIONES LEGALES | | |
|---|---|---|
| **INTERPONER UN RECLAMO** | • Recibe un pago.<br>• Queda obligado a cumplir con el Acuerdo.<br>• Renuncia a su derecho individual a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso. | Debe enviarlo por Internet o con fecha de franqueo postal a más tardar del **13 de agosto de 2024**. |
| **SOLICITAR SER EXCLUIDO ("RETIRARSE")** | • Se retira del Grupo del Acuerdo de conciliación y no recibe pago alguno.<br>• Conserva su derecho individual a demandar o a seguir demandando a MasterCorp por los reclamos interpuestos en este caso. | Debe tener fecha de franqueo postal a más tardar del **13 de agosto de 2024**. |
| **OBJETAR** | • Le informa al Tribunal con qué parte del Acuerdo de conciliación no está conforme; seguirá estando obligado por el Acuerdo y aún podrá interponer un reclamo. | Debe tener fecha de franqueo postal a más tardar del **13 de agosto de 2024**. |
| **ASISTIR A LA AUDIENCIA** | • Solicita comparecer ante el Tribunal para expresar su opinión sobre el Acuerdo de conciliación. Si deseara que lo representase su propio abogado, deberá pagarle usted mismo.<br>• Presenta su Aviso de intención de comparecer a más tardar el 13 de agosto de 2024. | **20 de septiembre de 2024.** |
| **NO HACER NADA** | • No recibe pago alguno.<br>• Renuncia a su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso. | |

- Estos derechos y opciones, **y las fechas límite para ejercerlos**, se explican en este aviso. Las fechas límite podrán moverse, cancelarse o, en su defecto, modificarse, por lo que le recomendamos que consulte con regularidad el sitio web del Acuerdo de conciliación, www.ColombianHousekeeperSettlement.com, para obtener información actualizada y detalles adicionales.

- El Tribunal a cargo de este caso todavía debe decidir si aprueba o no la Conciliación. **Los pagos se harán después de que el Tribunal apruebe el Acuerdo de conciliación.** Le solicitamos que tenga paciencia.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

2

# <u>QUÉ SE INCLUYE EN ESTE AVISO</u>

**Información básica** ...................................................................................................... 4

1.   ¿Por qué existe un aviso? ....................................................................................... 4
2.   ¿De qué trata esta demanda? ................................................................................ 4
3.   ¿Por qué es esta una demanda colectiva? ............................................................ 4
4.   ¿Por qué existe un Acuerdo? .................................................................................. 4

**¿Quiénes forman parte del Grupo de Demandantes de la conciliación?** ......................... 5

5.   ¿Soy parte del Grupo del Acuerdo de la demanda colectiva? ............................... 5
6.   ¿Qué sucede si todavía no estoy seguro de estar incluido en el Grupo del Acuerdo de conciliación? ......................................................................................... 5
7.   No estoy seguro de que estuviera autorizado para trabajar. ¿Puedo seguir participando? ........................................................................... 5

**Beneficios del Acuerdo: qué obtienen los Miembros del grupo de la demanda colectiva** ....................................................................................................... 5

8.   ¿Qué dispone la conciliación? ................................................................................ 5
9.   ¿Qué puedo obtener de la Conciliación? ................................................................ 6

**Cómo obtener un pago** ............................................................................................... 6

10.   ¿Cómo puedo recibir un pago? ............................................................................. 6
11.   ¿Cuándo recibiré mi pago? ................................................................................... 6
12.   ¿A qué estoy renunciando para recibir un pago o para permanecer en el Acuerdo de conciliación? ........................................................................................ 6

**Cómo excluirse del Acuerdo** ...................................................................................... 7

13.   ¿Cómo me excluyo del Acuerdo? .......................................................................... 7
14.   Si no me excluyo, ¿puedo demandar a MasterCorp por el mismo asunto más adelante? .............................................................................................. 7
15.   Si me excluyo, ¿igualmente puedo obtener un pago del Acuerdo de conciliación como parte de esta demanda colectiva? ........................................... 8

**Los abogados que lo representan** ............................................................................... 8

16.   ¿Debo contratar a mi propio abogado? ................................................................. 8
17.   ¿Cómo se les pagará a los abogados? ................................................................. 8

**Cómo objetar el acuerdo de conciliación** ................................................................... 8

18.   ¿Cómo le indico al Tribunal que no estoy conforme con el Acuerdo? ................... 8
19.   ¿Cuál es la diferencia entre interponer una objeción y excluirse? ........................ 9

**Audiencia de aprobación definitiva del Tribunal** ....................................................... 9

20.   ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo? ............................. 9
21.   ¿Tengo que asistir a la audiencia? ........................................................................ 9
22.   ¿Podré hablar en la audiencia? ............................................................................. 9

**Si no hiciera nada** .................................................................................................... 10

23.   ¿Qué sucede si no hago nada en absoluto? ........................................................ 10

**Obtener más información** ........................................................................................ 10

24.   ¿Cómo obtengo más información? ....................................................................... 10

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

## <u>INFORMACIÓN BÁSICA</u>

| **1.        ¿Por qué existe un aviso?** |
|---|

Usted tiene derecho a saber acerca del Acuerdo de conciliación propuesto en una demanda colectiva y acerca de sus derechos y opciones antes de que el Tribunal decida si aprueba el Acuerdo de Conciliación.

El Tribunal a cargo de este caso es el Tribunal de distrito de los Estados Unidos para el distrito este de Virginia. El caso se llama *Jane Doe, et al. v MasterCorp, Inc.*, caso n.º 1:24-cv-00678. El Acuerdo de conciliación se celebra entre John Doe 1 y John Doe 2 (en conjunto, los "Demandantes"), en nombre del Grupo del Acuerdo de conciliación propuesto, y MasterCorp, Inc. ("MasterCorp" o "Demandado").

| **2.        ¿De qué trata esta demanda?** |
|---|

Los Demandantes alegan que MasterCorp sometió a los Miembros del Grupo del Acuerdo de conciliación a conductas laborales indebidas y conductas ilícitas relacionadas con el estado de inmigración en violación de las secciones 1581 y subsiguientes del Título 18 del Código de los EE. UU. (Ley de Reautorización de Protección de Víctimas de Tráfico de Personas [Trafficking Victims Protection Reauthorization Act, "TVPRA"]); no pagó a los trabajadores toda la compensación que se les adeudaba en violación de las secciones 201 y subsiguientes del Título 29 del Código de los EE. UU. (Ley de Normas Justas de Trabajo [Fair Labor Standards Act, "FLSA"]) y las leyes de salarios y horas de trabajo de varios estados; ejercieron discriminación por motivos de nacionalidad en violación de las leyes antidiscriminación federales y estatales; y cometieron fraude y negligencia en virtud del derecho consuetudinario. Los principales reclamos en esta demanda para los cuales los Demandantes solicitan una reparación individual y colectiva son sus reclamos que afirman violaciones de la TVPRA y discriminación por motivos de nacionalidad, y reclamos en virtud del derecho consuetudinario.

| **3.        ¿Por qué es esta una demanda colectiva?** |
|---|

En una demanda colectiva, una o más personas denominadas Demandantes presentan una demanda en nombre de personas que tienen reclamaciones similares. Todas estas personas son un grupo o miembros del grupo de demandantes.

| **4.        ¿Por qué existe un Acuerdo?** |
|---|

MasterCorp niega haber cometido algún acto ilícito o violado alguna ley estatal o federal relacionada con conductas laborales indebidas o conductas ilícitas relacionadas con el estado de inmigración; el pago de salarios, horas de trabajo o ganancias de cualquier forma; o la discriminación por motivos de nacionalidad. El Tribunal no ha decidido quién tiene la razón. En lugar de esto, las partes han aceptado el Acuerdo de conciliación para evitar los riesgos, la incertidumbre, los gastos y la carga relacionada con la continuidad del litigio. Los Demandantes y sus abogados consideran que el Acuerdo de conciliación es justo, razonable y adecuado, y es lo más conveniente para el Grupo del Acuerdo de conciliación.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

4

# ¿QUIÉNES FORMAN PARTE DEL GRUPO DE DEMANDANTES DE LA CONCILIACIÓN?

| |
|---|
| **5.       ¿Soy parte del Grupo del Acuerdo de la demanda colectiva?** |

El Grupo del Acuerdo de conciliación incluye a todos los trabajadores que son ciudadanos colombianos o de origen colombiano que recibieron pago de Perennial Pete, LLC o una de sus entidades o compañías afiliadas, y que proporcionaron servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de los servicios de limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

| |
|---|
| **6.       ¿Qué sucede si todavía no estoy seguro de estar incluido en el Grupo del Acuerdo de conciliación?** |

Si no está seguro de si es Miembro del Grupo del Acuerdo de conciliación o si tiene alguna otra pregunta sobre el Acuerdo de conciliación, visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

| |
|---|
| **7.       No estoy seguro de que estuviera autorizado para trabajar. ¿Puedo seguir participando?** |

Sí. Aún puede participar siempre y cuando presente un Formulario de reclamo de manera oportuna en línea o con fecha de franqueo postal a más tardar del **13 de agosto de 2024**.

# BENEFICIOS DEL ACUERDO: QUÉ OBTIENEN LOS MIEMBROS DEL GRUPO DE LA DEMANDA COLECTIVA

| |
|---|
| **8.       ¿Qué dispone la conciliación**? |

Si el Tribunal aprueba el Acuerdo de conciliación, MasterCorp pagará un monto del Acuerdo de conciliación de **$4.950.000** en dólares estadounidenses para lo siguiente:

1. Pagos a Miembros del Grupo del Acuerdo de conciliación que presentan un reclamo válido de manera oportuna.
2. Honorarios de abogados y costos razonables de los Abogados del Grupo (que no excedan un tercio del Monto del Acuerdo de conciliación más sus costos razonables).
3. Compensaciones por servicios a los Demandantes (monto máximo de $7,500 en dólares estadounidenses cada uno).
4. Costos de la Administración y notificación del Acuerdo de conciliación.
5. Cualquier impuesto aplicable.

Los pagos se distribuirán equitativamente entre los Miembros del Grupo del Acuerdo de conciliación que presentan un reclamo válido de manera oportuna.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

5

| 9. | ¿Qué puedo obtener de la Conciliación? |
|---|---|

Los Miembros del Grupo del Acuerdo de conciliación que presenten un reclamo válido de manera oportuna recibirán una parte equitativa del Monto NETO del Acuerdo de conciliación. El Monto NETO del Acuerdo de conciliación es el Monto del Acuerdo de conciliación de **$4.950.000** menos los honorarios de abogados y los costos razonables; las compensaciones por servicios; los costos de administración del acuerdo; y cualquier impuesto aplicable.

Se estima que hay 205 Miembros del Grupo del Acuerdo de conciliación. Si todos los 205 presentan un reclamo, cada uno recibirá 1/205 del Monto Neto del Acuerdo de conciliación. Si menos Miembros del Grupo presentan un reclamo, los pagos aumentarán por igual según una parte prorrateada. Por ejemplo, si solo 125 Miembros del Grupo del Acuerdo de conciliación presentan un reclamo, cada uno recibirá 1/125 del Monto Neto del Acuerdo de conciliación. Sin embargo, hay un límite. El pago máximo que puede obtener cualquier Miembro del Grupo del Acuerdo de conciliación es 5/205 del Monto Neto del Acuerdo de conciliación. Cualquier fondo restante del Monto NETO del Acuerdo de conciliación se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados.

## CÓMO OBTENER UN PAGO

| 10. | ¿Cómo puedo recibir un pago? |
|---|---|

Para tener derecho a recibir un pago del Acuerdo de conciliación, debe completar y presentar un Formulario de reclamo dentro del plazo establecido. El Formulario de reclamo se puede obtener en línea en www.ColombianHousekeeperSettlement.com o al enviar una solicitud por escrito al Administrador del Acuerdo de conciliación a la dirección postal que aparece a continuación. Todos los Formularios de reclamo deben enviarse en línea o tener fecha de franqueo postal a más tardar del **13 de agosto de 2024**.

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111
www.ColombianHousekeeperSettlement.com

Si no presenta un Formulario de reclamo válido a más tardar el **13 de agosto de 2024**, no recibirá un pago, pero quedará obligado por la sentencia que dicte el Tribunal.

| 11. | ¿Cuándo recibiré mi pago? |
|---|---|

Los pagos se harán a los Miembros del Grupo del Acuerdo que presentaron un Formulario de reclamo válido dentro del plazo establecido, después de que el Tribunal otorgue la "aprobación definitiva" al Acuerdo de conciliación. Aun cuando el Tribunal aprobase el Acuerdo de conciliación, puede haber apelaciones. Nunca hay certeza de que estas apelaciones puedan resolverse y resolverlas puede llevar tiempo. Le solicitamos que tenga paciencia.

| 12. | ¿A qué estoy renunciando para recibir un pago o para permanecer en el Acuerdo de conciliación? |
|---|---|

Si usted es Miembro del grupo del Acuerdo de conciliación, a menos que se excluya del Acuerdo de conciliación, no puede demandar, continuar demandando ni ser parte de ninguna

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

6

otra demanda contra MasterCorp respecto de los reclamos exonerados en este Acuerdo de conciliación. También significa que quedará obligado por todas las decisiones que tome el Tribunal. Los Reclamos exonerados y las Partes exoneradas se definen en el Acuerdo de conciliación y describen los reclamos legales a los que usted renuncia si permanece en el Acuerdo de conciliación. El Acuerdo de conciliación está disponible en www.ColombianHousekeeperSettlement.com.

## <u>CÓMO EXCLUIRSE DEL ACUERDO</u>

Si no desea un pago en virtud del Acuerdo de conciliación o desea mantener el derecho a demandar o continuar demandando a MasterCorp por su cuenta sobre los reclamos exonerados en este Acuerdo de conciliación, debe tomar medidas para no participar. Esto se denomina excluirse o a veces se lo llama "retirarse" del Acuerdo de conciliación.

| |
|---|
| **13.    ¿Cómo me excluyo del Acuerdo?** |

Para excluirse (o "Retirarse") del Acuerdo, debe presentar una Carta de exclusión. La Carta de exclusión debe incluir lo siguiente:

- su nombre, dirección postal actual y número de teléfono;
- información requerida para establecer a la persona como Miembro del Grupo del Acuerdo de conciliación;
- una declaración que indique que desea excluirse del Acuerdo de conciliación;
- el nombre del caso (*Jane Doe, et al. v MasterCorp, Inc.*, y el n.º de caso, 1:24-cv-00678); y
- su firma.

Las solicitudes de exclusión deben tener fecha de franqueo postal a más tardar del 13 de agosto de 2024.

Colombian Housekeeper Settlement – Exclusions
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

Si solicita ser excluido del Acuerdo de conciliación, no recibirá ningún pago proveniente del Acuerdo de conciliación y no podrá objetar dicho Acuerdo de conciliación.

Si usted no incluye la información requerida o no envía de manera oportuna su Carta de exclusión, seguirá siendo Miembro del Grupo del Acuerdo de conciliación y no podrá demandar a MasterCorp en relación con los reclamos instituidos en esta demanda.

| |
|---|
| **14.    Si no me excluyo, ¿puedo demandar a MasterCorp por el mismo asunto más adelante?** |

No. A menos que se excluya, renuncia al derecho a demandar a MasterCorp por los mismos reclamos que resuelve el Acuerdo de conciliación. Si tiene una demanda en trámite contra MasterCorp, comuníquese de inmediato con su abogado actuante en dicho asunto. Debe excluirse de este Acuerdo de conciliación para continuar con su propia demanda. Si se excluye de manera apropiada del Acuerdo de conciliación, no quedará obligado por ninguna sentencia u orden relacionada con el Acuerdo de conciliación.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

| 15. | Si me excluyo, ¿igualmente puedo obtener un pago del Acuerdo de conciliación como parte de esta demanda colectiva? |
|---|---|

No. No recibirá ninguna suma de dinero proveniente del Acuerdo de conciliación si se excluye. Si se excluye del Acuerdo de conciliación, no envíe un Formulario de reclamo para solicitar beneficios del Acuerdo de conciliación.

# LOS ABOGADOS QUE LO REPRESENTAN

| 16. | ¿Debo contratar a mi propio abogado? |
|---|---|

No. El Tribunal ha designado a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y a Mark Hanna de Murphy Anderson PLLC como Abogados del Grupo. No se le cobrará por los servicios de estos abogados. Si desea que lo representase su propio abogado, podrá contratar uno y asumir el cargo.

| 17. | ¿Cómo se les pagará a los abogados? |
|---|---|

Los Abogados del Grupo presentarán una moción para solicitar una compensación de honorarios que no exceda un tercio del Monto del Acuerdo de conciliación más los costos razonables. El Tribunal determinará en última instancia todos los honorarios profesionales de abogados. La moción de honorarios y costos de los Abogados del Grupo, y las compensaciones por servicios a los Demandantes estarán disponibles en www.ColombianHousekeeperSettlement.com antes del 31 de julio de 2024 para que tenga la oportunidad de comentar sobre la moción.

# CÓMO OBJETAR EL ACUERDO DE CONCILIACIÓN

| 18. | ¿Cómo le indico al Tribunal que no estoy conforme con el Acuerdo? |
|---|---|

Cualquier Miembro del Grupo de demandantes que no se excluya de manera oportuna y adecuada del Acuerdo de Conciliación puede objetar el Acuerdo de conciliación propuesto. Las objeciones deben enviarse por escrito al Administrador del Acuerdo de conciliación con fecha de franqueo postal a más tardar el **13 de agosto de 2024**.

Su objeción por escrito debe incluir:

- el nombre del caso (*Jane Doe, et al. v MasterCorp, Inc.*, y el n.º de caso, 1:24-cv-00678);
- su nombre, dirección y número de teléfono;
- documentos o testimonios suficientes para establecer que usted es un miembro del Grupo del Acuerdo de conciliación;
- una declaración detallada de su objeción;
- si solicita tener oportunidad de comparecer y declarar en la Audiencia de aprobación definitiva;
- la identidad de todos los abogados (si los hubiera) que lo representan y que comparecerán en la Audiencia de aprobación definitiva;
- copias de cualquier documento, escrito u otra documentación sobre los que se funda su objeción; y
- su firma, además de la firma de su abogado (si corresponde).

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

8

Debe enviar su objeción por correo con fecha de franqueo postal a más tardar del **13 de agosto de 2024** a:

Colombian Housekeeper Settlement – Objection
c/o JND Legal Administration
PO Box 91308
Seattle, WA 98111

| **19.** | **¿Cuál es la diferencia entre interponer una objeción y excluirse?** |
|---|---|

Interponer una objeción consiste simplemente en decirle al Tribunal que no le agrada algo del Acuerdo de conciliación. Puede objetar el Acuerdo solo si no se excluyese del Acuerdo. Excluirse es decirle al Tribunal que no desea ser parte del Acuerdo. Si se excluyese del Acuerdo, no tiene fundamento para objetarlo, porque el Acuerdo ya no le afecta.

## AUDIENCIA DE APROBACIÓN DEFINITIVA DEL TRIBUNAL

| **20.** | **¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?** |
|---|---|

El Tribunal celebrará la Audiencia de aprobación definitiva el 20 de septiembre de 2024 a las 10:00 a. m., hora del este, en el Tribunal de distrito de los Estados Unidos para el distrito este de Virginia.

En la audiencia, el Tribunal considerará si otorga la aprobación final al Acuerdo de conciliación y si acepta la solicitud de los Abogados del Grupo por honorarios de abogados que no excedan un tercio del Monto del Acuerdo de conciliación más los costos razonables; las compensaciones por servicios a los Demandantes por un monto máximo de $7.500 en dólares estadounidenses cada uno; y el reembolso de los gastos incurridos para la administración del acuerdo de conciliación, incluida la notificación y los impuestos.

| **21.** | **¿Tengo que asistir a la audiencia?** |
|---|---|

No, los Abogados del grupo responderán las preguntas que tuviese el Tribunal, pero usted puede asistir por su cuenta y cargo. Si envía una objeción, no tiene la obligación de asistir al Tribunal para explicarla. Siempre que haya enviado su objeción por escrito en el tiempo y forma adecuados al Administrador del Acuerdo de conciliación, el Tribunal la considerará. También puede pagarle a su propio abogado para que asistiese.

| **22.** | **¿Podré hablar en la audiencia?** |
|---|---|

Sí. Puede solicitarle permiso al Tribunal para hablar en la Audiencia de aprobación definitiva. Para hacerlo, debe enviar una carta en la que indicase que es su "Aviso de intención de comparecer" (Notice of Intention to Appear). Su solicitud debe incluir su nombre, dirección y número de teléfono, además del nombre, dirección y número de teléfono de la persona que comparecerá en su representación; además, deberá adjuntar copias de los documentos, anexos u otros comprobantes que usted o su abogado presentará al Tribunal en relación con la Audiencia de aprobación definitiva. Debe enviar su solicitud por correo postal al Administrador del Acuerdo de conciliación con fecha de franqueo postal a más tardar del **13 de agosto de 2024**.

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

9

Si no presenta un Aviso de intención de comparecer, de conformidad total con la fecha límite y las especificaciones que se establecieron anteriormente, es posible que no se le permita declarar ni de otro modo presentar su punto de vista en la Audiencia de aprobación definitiva.

## SI NO HICIERA NADA

| **23.    ¿Qué sucede si no hago nada en absoluto?** |
|---|

Si no hiciera nada en absoluto, no recibirá dinero en virtud del Acuerdo de conciliación. A menos que se excluya, no podrá iniciar una demanda, continuar con una demanda o formar parte de cualquier otra demanda en contra de MasterCorp sobre los asuntos legales en este caso en ninguna otra oportunidad.

## OBTENER MÁS INFORMACIÓN

| **24.    ¿Cómo obtengo más información?** |
|---|

Este aviso resume el Acuerdo de conciliación propuesto. Puede visitar www.ColombianHousekeeperSettlement.com para revisar los documentos, documentación y alegatos completos del acuerdo de conciliación presentados en este litigio, o comunicarse con el Administrador del Acuerdo de conciliación para obtener más información:

Colombian Housekeeper Settlement
c/o JND Legal Administration
PO Box 91308
Seattle WA 98111

1-888-825-1238 (en EE. UU.)
01-800-519-1529 (en Colombia)

**NO SE COMUNIQUE CON EL TRIBUNAL NI CON LA OFICINA DEL SECRETARIO DEL TRIBUNAL**

¿TIENE PREGUNTAS? Visite www.ColombianHousekeeperSettlement.com o llame a la línea gratuita 1-888-825-1238 (en los EE. UU.) o a la línea gratuita 01-800-519-1529 (en Colombia).

10

-EXHIBIT G-

# COLOMBIAN HOUSEKEEPER SETTLEMENT

# CLAIM FORM

You may be eligible to receive a payment from the **$4,950,000** USD Settlement if:

- ✓ You are a Colombian National or of Colombian origin;

- ✓ You were paid by Perennial Pete, LLC ("Perennial Pete's") or one of its affiliated entities or companies, including SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; and

- ✓ You provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.

**The easiest way to file is online at www.ColombianHousekeeperSettlement.com.**

***Para acceder este Formulario de Reclamación en español, junto con otra información importante acerca del Acuerdo, visite www.ColombianHousekeeperSettlement.com.***

---

# INSTRUCTIONS FOR COMPLETING THIS CLAIM FORM

---

1. Before completing this Claim Form, please review the Settlement Notice at www.ColombianHousekeeperSettlement.com.

2. Please complete all portions of Section A – Claimant Information.

3. Please complete as much as you can of Section B – Work Information.

4. Please complete Section C if you have documentation to support your filing.

5. Please complete and sign the Attestation at Section D.

6. DEADLINE – Your Claim Form must be mailed to the Settlement Administrator, or submitted online, by **August 13, 2024**. Any claims postmarked or electronically submitted after **August 13, 2024**, will not be eligible for a payment. If you are submitting your claim by mail, please send it to:

    Colombian Housekeeper Settlement
    c/o JND Legal Administration
    PO Box 91308
    Seattle, WA 98111

7. Privacy – The information you provide in the Claim Form will not be shared with anyone other than the Settlement Administrator, the Court, and the Parties in this case. It will be used **only** for purposes of administering this settlement (such as to review a claim for completeness and accuracy).

## SECTION A - CLAIMANT INFORMATION

| First Name | M.I. | Last Name |
|---|---|---|
| | | |

**Current Address** *(Street, City, State, Postal Code, Country)*



| Email Address | Phone Number |
|---|---|
| | |

**Mark the box to choose your preferred method of payment:**

☐ Payment via a Settlement Check (U.S. only) - *If selecting this option, please double-check that the <u>address information</u> above is correct and current.*

☐ Payment via PayPal – *If selecting this option, please enter the <u>email address</u> associated with your PayPal account.*

PayPal Email: _____

## SECTION B - WORK INFORMATION

**Please complete the following information to the best of your knowledge.
You do NOT need to have all of this information. Just put as much as you can.
Claim Forms with more complete and accurate information are more likely to be approved and paid.**

| | |
|---|---|
| **Dates of employment:** | |
| **Name and location of each resort where you worked:** | |
| **Name of the company that issued your paystub:** | |
| **Name of your manager:** | |
| **Name of the person who recruited and/or hired you:** | |
| **Address where you lived while employed:** | |

## SECTION C – EMPLOYMENT DOCUMENTATION

**Please list below any document(s) you have to support your claim that you were paid by Perennial Pete's or one of its affiliated entities or companies and provided housekeeping services at resorts in the United States where MasterCorp was responsible for housekeeping between March 19, 2021 and May 15, 2024.** Documents that support your claim may include a copy of your paystub, travel documents, any communications from the person who hired you and/or your manager, including WhatsApp messages, and/or postmarked mail addressed to you at the address where you resided while employed.

_____

_____

**If you mail your Claim Form, please make sure to enclose copies of your documentation. Claim forms with Proof of Employment are more likely to be approved and paid.**

## SECTION D – ATTESTATION

*By submitting this Claim Form and signing below, I hereby affirm that I am at least 18 years of age and that the information provided above, and any enclosed Proof of Employment, is true and correct to the best of my knowledge.*

Signature:_____ Date: _____

Print Name: _____

Your claim will be submitted to the Settlement Administrator for review.  If you are eligible for a payment, and the proposed Settlement is approved, you will be provided payment in the manner requested above. This process takes time.  Please be patient.

**Reminder Checklist:**

✓ Please complete all the information requested above and sign the Claim Form.

✓ Enclose your Employment Documentation, if you have it, along with the Claim Form.

✓ Keep a copy of your Claim Form and supporting documentation for your records.

✓ Your claim must be submitted electronically or postmarked by **August 13, 2024**.

✓ Your claim must be submitted electronically at www.ColombianHousekeeperSettlement.com or mailed to: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle, WA 98111. The easiest way to file your claim is online.

✓ If you have any questions, please visit the website at www.ColombianHousekeeperSettlement.com or call toll-free from the U.S. at 1-888-825-1238 or from Colombia at 01-800-519-1529.

✓ Please note that the Settlement Administrator may contact you to request additional information to validate your claim.

## <u>FORMULARIO DE RECLAMO SOBRE ACUERDO DE HOUSEKEEPERS COLOMBIANOS</u>

Usted podría reunir los requisitos para recibir un pago en virtud del Acuerdo de conciliación por **$4.950.000** en dólares estadounidenses si:

- ✓ Es ciudadano colombiano o de origen colombiano;

- ✓ Recibió pago de Perennial Pete, LLC ("Perennial Pete's") o una de sus entidades o compañías afiliadas' incluyendo SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y

- ✓ Prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

### <u>La forma más fácil de presentar la solicitud es en línea visitando www.ColombianHousekeeperSettlement.com.</u>

---

## INSTRUCCIONES PARA COMPLETAR ESTE FORMULARIO DE RECLAMO

---

1. Antes de completar este Formulario de reclamo, revise el Aviso del Acuerdo de conciliación, en www.ColombianHousekeeperSettlement.com.

2. Complete todas las partes de la Sección A – Información del reclamante.

3. Complete todo lo que pueda en la Sección B – Información laboral.

4. Complete la Sección C, si tiene documentación que respalde su presentación.

5. Complete y firme la Atestación de la sección D.

6. Fecha Límite: debe enviar su Formulario de reclamo por correo postal al Administrador del Acuerdo de conciliación, o presentarlo en línea, a más tardar el **13 de agosto de 2024**. Cualquier reclamo con fecha de franqueo postal posterior al **13 de agosto de 2024** o enviada electrónicamente después de esta fecha no será elegible para un pago. Si presenta su reclamación por correo, envíela a:

   Colombian Housekeeper Settlement
   c/o JND Legal Administration
   PO Box 91308
   Seattle, WA 98111

7. Privacidad: la información que proporcione en el Formulario de reclamo no se revelará a nadie más que al Administrador del Acuerdo de conciliación, al Tribunal y a las Partes de este caso, Se utilizará únicamente con fines de administración de este Acuerdo de conciliación (como para revisar un reclamo a fin de comprobar su integridad y exactitud).

---

¿Tiene alguna pregunta? Visite www.ColombianHousekeeperSettlement.com o llame al 1-800-519-1529 (en los EE. UU.) o al 57-800-519-1529 (en Colombia).
Para ver la política de privacidad de JND, visite https://www.jndla.com/privacy-policy

## SECCIÓN A - INFORMACIÓN DEL RECLAMANTE

| Primer nombre | Inicial del segundo nombre | Apellido |
|---|---|---|
| | | |

**Dirección actual** *(calle, ciudad, estado, código postal, país)*

| Dirección de correo electrónico | Número de teléfono |
|---|---|
| | |

**Marque la casilla para elegir su método de pago preferido:**

☐ Pago con un cheque del Acuerdo de conciliación (solo EE.UU.) - *si selecciona esta opción, vuelva a comprobar que la <u>información sobre su dirección</u> proporcionada anteriormente sea correcta y esté actualizada.*

☐ Pago a través de PayPal - *si selecciona esta opción, ingrese la <u>dirección de correo electrónico</u> asociada con su cuenta de PayPal.*

Correo Electrónico de PayPal: _____

## SECCIÓN B: INFORMACIÓN LABORAL

**Complete la siguiente información a su leal saber y entender.**
**Usted no necesita tener toda esta información. Solamente ponga lo que usted pueda.  Los formularios de reclamación con información más completa y precisa sean aprobados y pagados.**

| | |
|---|---|
| **Fecha de empleo:** | |
| **Nombre y ubicación de cada resort donde usted trabajó:** | |
| **Nombre de la compañía que emitió su recibo de pago:** | |
| **Nombre de su gerente:** | |
| **Nombre de la persona que lo reclutó y/o contrató:** | |
| **Dirección donde vivía mientras estaba empleado:** | |

¿Tiene alguna pregunta? Visite www.ColombianHousekeeperSettlement.com o llame desde los EE.UU. a 1-888·825-1238 o desde Colombia al 01-800-519-1529
Para ver la política de privacidad de JND, visite https://www.jndla.com/privacy-policy

## SECCIÓN C:  DOCUMENTACION LABORAL

**Enumere a continuación los documentos que tenga como prueba de su reclamo que fue pagado por Perennial Pete's o una de sus entidades o compañías afiliadas y prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.** Los documentos que son prueba de su reclamo pueden incluir una copia de su recibo de pago, documentos para viajar, copias de cualquier comunicación con la persona que lo contrató, y/o de su gerente, incluyendo mensajes de WhatsApp, y/o una copia de correo con franqueo postal enviado a usted a la dirección donde residía mientras estaba empleado.

_____

_____

**Si envía por correo su Formulario de Reclamo, por favor asegúrese de adjuntar copias de su documentación. Es más probable que los Formularios de reclamo con Pruebas de empleo sean aprobados y pagados.**

## SECCIÓN D: ATESTACIÓN

*Al enviar este Formulario de reclamo y firmar a continuación, por la presente afirmo que tengo al menos 18 años de edad y que la información proporcionada anteriormente, y en cualquier Prueba de empleo adjunta, es verdadera y correcta.*

Firma: _____   Fecha:_____

Nombre en letra de imprenta: _____

Su reclamación se enviará al Administrador de los Acuerdos de Conciliación para su revisión. Si usted es elegible para recibir un pago, y se aprueba el Acuerdo de conciliación propuesto, se le proporcionará el pago de la manera que solicitó arriba. Este proceso lleva tiempo. Le solicitamos que tenga paciencia.

**Recordatorio:**
- ✓ Complete toda la información solicitada anteriormente y firme el Formulario de Reclamación.
- ✓ Adjunte su documentación laboral, si la tiene, junto con el Formulario de Reclamo.
- ✓ Conserve una copia de su Formulario de Reclamación y toda la documentación de respaldo para sus registros.
- ✓ Su reclamo debe enviarse electrónicamente o tener fecha de franqueo postal a más tardar del **13 de agosto de 2024.**
- ✓ Su reclamo debe presentarse electrónicamente en www.ColombianHousekeeperSettlement.com o enviarse por correo postal a: Colombian Housekeeper Settlement, c/o JND Legal Administration, PO Box 91308, Seattle, WA 98111. La manera más fácil de presentar su reclamación es en línea.
- ✓ Si tiene peguntas, visite el sitio web www.ColombianHousekeeperSettlement.com o llame desde los EE.UU. al 1-888-825-1238 o desde Colombia al 01-800-519-1529.
- ✓ Tenga en cuenta que el Administrador del Acuerdo de conciliación puede ponerse en contacto con usted para solicitar información adicional para validar su reclamo.

-EXHIBIT H-

 info@ColombianHousekeeperSettlement.com

Tue 8/13/2024 7:21 PM

This message is in Spanish    [Translate to English] [Never translate from Spanish]

**Colombianos que proporcionaron servicios de limpieza en resorts de EE. UU. a través de MasterCorp pueden calificar para recibir un pago mediante un acuerdo de demanda colectiva de $4.95 millones de dólares estadounidenses**

**Los registros indican que usted puede calificar para un pago**

*Un tribunal federal autorizó este Aviso. Este Aviso no es una oferta de representación por parte de un abogado.*

*Para leer una notificación en español, visite www.ColombianHousekeeperSettlement.com*

Usted recibe este aviso porque los registros indican que puede ser Miembro del Grupo del Acuerdo de conciliación en un acuerdo de conciliación propuesto al que se llegó en una demanda colectiva llamada *Jane Doe, et al. v MasterCorp., Inc.*, n.º de caso 1:24-cv-00678 (E.D. Va.) (el "Acuerdo de conciliación"). El Acuerdo de conciliación se celebra entre John Doe 1 y John Doe 2 (en conjunto, los "Demandantes"), en nombre del Grupo del Acuerdo de conciliación propuesto, y MasterCorp., Inc. ("MasterCorp" o "Demandado"). Este Aviso resume sus derechos y opciones. Para obtener más detalles, visite www.ColombianHousekeeperSettlement.com.

**¿Soy parte del Grupo del Acuerdo de la demanda colectiva?**

Usted es miembro del Grupo del Acuerdo de conciliación si:

- Es ciudadano colombiano o de origen colombiano;

- Recibió pago de Perennial Pete, LLC o una de sus entidades o compañías afiliadas, que incluyen SM Cleaning Solutions Inc.; WD Cleaning Solutions Inc.; DM Cleaning Solutions Inc.; JM Cleaning Solutions Inc.; EV Cleaning Solutions Inc.; EM Cleaning Services and Solutions Inc.; SD Cleaning Services and Solutions Inc.; y

- Prestó servicios de limpieza en resorts en los Estados Unidos donde MasterCorp era responsable de la limpieza entre el 19 de marzo de 2021 y el 15 de mayo de 2024.

**¿De qué trata esta demanda?**

Los Demandantes reclaman que MasterCorp sometió a los Miembros del Grupo del Acuerdo de conciliación a prácticas injustas e ilegales. Estas incluyeron hacer trabajar a los Miembros del Grupo del Acuerdo de conciliación durante largas horas sin el pago de horas extras y conductas ilícitas relacionadas con el estado de inmigración que hicieron sentir vulnerables a los Miembros del Grupo del Acuerdo de conciliación. MasterCorp niega estos reclamos. El Tribunal no ha decidido quién tiene la razón. Las partes han aceptado el Acuerdo de conciliación para evitar los riesgos, la incertidumbre, los gastos y la carga relacionada con el litigio.

**¿Qué establece la conciliación?**

Los Miembros del Grupo del Acuerdo de conciliación que presenten un reclamo válido de manera oportuna recibirán una parte equitativa del Monto del Acuerdo de conciliación de **$4.950.000** de dólares estadounidenses menos honorarios de abogados y costos de litigio; compensaciones por servicios; costos de administración del acuerdo de conciliación; y cualquier impuesto aplicable ("Monto NETO del Acuerdo de conciliación").

Se estima que hay 205 Miembros del Grupo del Acuerdo de conciliación. Si todos los 205 presentan un reclamo, cada uno recibirá 1/205 del Monto NETO del Acuerdo de conciliación. Si menos Miembros del Grupo presentan un reclamo, los pagos aumentarán por igual según una parte prorrateada hasta alcanzar un máximo de 5/205 del Monto NETO del Acuerdo de conciliación. Cualquier fondo restante se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados.

**¿Cómo puedo recibir un pago?**

Puede completar y enviar un Formulario de reclamo en línea en tiempo y forma al hacer clic en el enlace "Interponer un reclamo" a continuación:

**INTERPONER UN RECLAMO**

O puede enviar por correo postal un Formulario de reclamo impreso con fecha de franqueo postal a más tardar del **12 de septiembre de 2024** a:

Colombian Housekeeper Settlement

c/o JND Legal Administration

PO Box 91308, Seattle WA 98111

Si no presenta un Formulario de reclamo válido a más tardar el **12 de septiembre de 2024**, no recibirá un pago, pero quedará obligado por la sentencia que dicte el Tribunal.

**¿Qué otras opciones tengo?**

1) No hacer nada. No recibe pago alguno. Queda obligado por la decisión del Tribunal. Renuncia a su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

2) Excluirse ("Retirarse"). Se retira del Grupo del Acuerdo de conciliación y no recibe pago alguno. Esta es la única opción que le permite conservar su derecho a demandar o seguir demandando a MasterCorp por los reclamos interpuestos en este caso.

3) Objetar. Le informa al Tribunal con qué parte del Acuerdo de conciliación no está conforme. Seguirá estando obligado por el Acuerdo y aún podrá presentar un Reclamo.

La fecha límite para excluirse u objetar es el **12 de septiembre de 2024**. Para obtener más información sobre sus derechos y opciones, y sobre cómo excluirse u objetar, visite [www.ColombianHousekeeperSettlement.com](www.ColombianHousekeeperSettlement.com).

**¿Qué ocurrirá después?**

El Tribunal celebrará la Audiencia de Aprobación Definitiva el **25 de octubre de 2024** para considerar si otorga la aprobación final al Acuerdo de conciliación y si acepta la solicitud de los Abogados del Grupo por honorarios de abogados y costos de litigación que no excedan un tercio del Monto del Acuerdo de conciliación más los costos razonables; las compensaciones por servicios a los Demandantes por un monto máximo de $7.500 en dólares estadounidenses cada uno; y el reembolso de los gastos incurridos para la administración del acuerdo de conciliación, incluida la notificación y los impuestos. El Tribunal ha designado a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y a Mark Hanna de Murphy Anderson PLLC como Abogados del Grupo. No se le cobrará por los servicios de estos abogados. No está obligado a asistir a la audiencia, pero puede asistir a su propio cargo.

**¿Cómo obtengo más información?**

Visite [www.ColombianHousekeeperSettlement.com](www.ColombianHousekeeperSettlement.com) o llame al 1-888-825-1238 (en los EE. UU.) o al 01-800-519-1529 (en Colombia).



info@ColombianHousekeeperSettlement.com

Fri 8/23/2024 10:01 PM

This message is in Spanish

Translate to English     Never translate from Spanish

Colombian Housekeeper Clai...
164 KB

MasterCorp-Long_Form_Noti...
276 KB

2 attachments (440 KB)    Save all to OneDrive - JND Legal Administration    ↓ Download all

**La fecha límite para presentar un reclamo ha sido extendida hasta el 01 de noviembre de 2024.**

*Para una notificación in español, visite www.ColombianHousekeeperSettlement.com*

Hemos recibido su reclamo para la propuesta de acuerdo de conciliación en una demanda colectiva conocida como *Jane Doe, et al. v MasterCorp., Inc.*, caso N.º 1:24-cv-00678 (E.D. Va.) (el "Acuerdo de conciliación"). Nos comunicaremos con usted directamente en caso de que necesitemos más información para procesar su reclamo.

**Se estima que los pagos por los reclamos aprobados son de al menos $15,000 y posiblemente mayores.**

Si conoce a otras personas que puedan formar parte del Grupo del Acuerdo, **ayude compartiendo la información que sigue, así como el Aviso del Grupo y el Formulario de reclamo adjuntos.** Un objetivo de este Acuerdo es conseguir que tantos Miembros del Grupo como sea posible reclamen. Un Juez de los Estados Unidos, específicamente el Juez del Tribunal de Distrito de los Estados Unidos para el Distrito Este de Virginia, otorgó la aprobación preliminar de este Acuerdo de conciliación **y extendió la fecha límite para la presentación de reclamos con el fin de alentar la participación de Miembros del Grupo adicionales.** Además, MasterCorp ha proporcionado información de contacto de posibles Miembros del Grupo en los casos en los que le fue posible, porque está interesado en que la mayor cantidad de Miembros del Grupo posible reciban los pagos de la conciliación.

Aun así, entendemos que otros Miembros del Grupo pueden tener inquietudes con respecto a la participación en el Acuerdo de conciliación.

Cualquier persona tiene la libertad de comunicarse con el Administrador del Acuerdo si tiene alguna pregunta, ya sea por correo electrónico a la dirección info@ColombianHousekeeperSettlement.com o llamando al número gratuito 888.825.1238 desde los Estados Unidos o al 01.800.519.1529 desde Colombia. También puede comunicarse con los abogados designados para representar al Grupo del Acuerdo enviando un correo electrónico a los Abogados del Grupo a rgeman@lchb.com o llamando al 800.949.0585.

**¿Tiene alguna consecuencia negativa la presentación de un reclamo?**

Aunque no se pueden dar garantías, no creemos que exista ningún riesgo o efecto legal realista en el estado migratorio que pueda surgir de la presentación de un reclamo.

El Administrador del Acuerdo debe mantener la **confidencialidad** de la información de los Miembros del Grupo.

**No** es necesario que sea ciudadano o residente legal de los EE. UU. para calificar para el pago. Presentar un reclamo no afectará su empleo actual. No tiene que estar haciendo tareas domésticas en estos momentos para calificar para el pago.

Si bien el Formulario de reclamo solicita el nombre de la persona que lo reclutó/contrató y el nombre de su gerente, no es necesario que lo identifique si no lo desea.

**¿Qué establece el Acuerdo de conciliación?**

Los Miembros del Grupo del Acuerdo de conciliación que presenten un reclamo válido oportunamente recibirán una parte equitativa del Monto del Acuerdo de conciliación de **$4,950,000** dólares estadounidenses menos honorarios de abogados y costos de litigio; compensaciones por servicios; costos de administración del acuerdo de conciliación; y cualquier impuesto aplicable (el "Monto NETO del Acuerdo de conciliación").

Se estima que hay 205 Miembros del Grupo del Acuerdo de conciliación. Si la totalidad de los 205 miembros presentan un reclamo, cada uno recibirá 1/205 parte del Monto NETO del Acuerdo de conciliación. Si menos Miembros del Grupo presentan un reclamo, los pagos aumentarán de igual manera en función de una participación *prorrateada* hasta alcanzar un máximo de 5/205 del Monto NETO del Acuerdo de conciliación. Cualquier fondo restante se distribuirá a St. Jude para los servicios relacionados con inmigrantes indocumentados. La preferencia es que todo el Monto del Acuerdo NETO sea para los Miembros del Grupo.

**¿Qué ocurrirá después?**

El Tribunal llevará a cabo una Audiencia de aprobación definitiva el **22 de noviembre de 2024, a menos que se extienda más,** para considerar si otorga la aprobación definitiva al Acuerdo y otorga la solicitud de los Abogados del Grupo del Acuerdo por los honorarios y costos de los abogados, las compensaciones por los servicios de los Demandantes y el reembolso de los gastos de administración del acuerdo. El Tribunal ha designado a Rachel Geman de Lieff, Cabraser, Heimann & Bernstein, LLP y a Mark Hanna de Murphy Anderson PLLC como Abogados del Grupo. No se le cobrará por los servicios de estos abogados. **No es necesario que asista a la audiencia, pero puede asistir asumiendo el gasto.**

Los Miembros del Grupo que presentaron reclamos válidos y oportunos recibirán un pago después de que el Tribunal otorgue la aprobación definitiva al Acuerdo, si se otorga la aprobación.

**¿Cómo obtengo más información?**

Además de enviarnos un correo electrónico a info@ColombianHousekeeperSettlement.com o llamar al 888.825.1238 (desde EE. UU.) o al 01.800.519.1529 (desde Colombia), no dude en visitar www.ColombianHousekeeperSettlement.com. También puede comunicarse con los abogados designados para representar al Grupo del Acuerdo enviando un correo electrónico a los Abogados del Grupo a rgeman@lchb.com o llamando al 800.949.0585. Dicha comunicación también es confidencial.