UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jane Doe and John Does 1 and 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MasterCorp, Inc.,<br><br>Defendant. | INDEX NO. 1:24-cv-678<br><br>[PROPOSED] ORDER GRANTING FINAL CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL |

Before the Court is Plaintiffs' Unopposed Motion for Final Class and Collective Action Settlement Approval Under Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b).

WHEREAS, a proposed Amended Class and Collective Action Settlement Agreement (the "Settlement") has been reached between the Named Plaintiffs and MasterCorp, Inc., on behalf of a proposed Settlement Class and Collective, that resolves all claims against Defendant pertaining to its alleged unlawful recruitment and employment of Plaintiffs and the proposed Settlement Class and Collective;

WHEREAS, the Court, for purposes of this Order, adopts all defined terms as set forth in the Settlement;

WHEREAS, this matter has come before the Court pursuant to Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement (Dkt. No. 22);

WHEREAS, Defendant does not oppose the Court's entry of this Final Approval Order;

WHEREAS, no Settlement Class and Collective members have objected to or sought to be excluded from the Settlement;

WHEREAS, the Court finds it has jurisdiction over the Action and each of the parties for purposes of this Settlement and asserts jurisdiction over the proposed Settlement Class and Collective for purposes of considering and effectuating this Settlement; and

WHEREAS, this Court has considered all of the submissions related to the Motion, and is otherwise fully advised of all relevant facts in connection therewith;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court **GRANTS** Class Certification for Settlement purposes under Fed. R. Civ. P. 23;

2. The Court **GRANTS** Collective Certification for Settlement purposes under 29 U.S.C. § 216(b); and

3. The Court **GRANTS** Final Approval of the Amended Settlement Agreement between Named Plaintiffs, the Settlement Class and Collective, and Defendant MasterCorp, Inc. under Rule 23(e)(1) and 29 U.S.C. § 216(b).

IT IS SO ORDERED.

DATED: _____   _____
MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT JUDGE