UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jane Doe and John Does 1 and 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MasterCorp, Inc.,<br><br>Defendant. | INDEX NO. 1:24-cv-678<br><br>**ORDER GRANTING AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS AND FOR CLASS REPRESENTATIVE SERVICE PAYMENTS** |

Before the Court is Plaintiffs' Motion for an Award of Attorneys' Fees[1] and Litigation Costs and for Class Representative Service Payments.

WHEREAS, Interim Co-Lead Counsel moved the Court for Attorneys' Fees, Litigation Costs, and Service Payments for Class Representatives on October 18, 2024 (Dkt. No. 24);

WHEREAS, no members of the Class and Collective objected to the Amended Settlement or Interim Co-Lead Counsel's request for Attorneys' Fees; and

WHEREAS, this Court has considered all of the submissions related to the Motion, and is otherwise fully advised of all relevant facts in connection therewith;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.      The Court **GRANTS** an award of Attorneys' Fees for Interim Co-Lead Counsel of $1,650,000, or 33% of the Total Settlement Amount;

---

[1] The Amended Settlement Agreement is attached as Exhibit 1 to the Notice of Amendments to Settlement Agreement. Dkt. 13-1. Unless otherwise noted, all capitalized terms in this Motion carry the same meaning as set forth in the Amended Settlement Agreement.

2. The Court **GRANTS** an award of Litigation Costs of $22,246 for Interim Co-Lead Counsel's reasonable out-of-pocket expenditures in this litigation; and

3. The Court **GRANTS** an award of $7,500 to each Class Representative, Jane Doe, John Doe #1, and John Doe #2, that is, $22,500, in recognition of their service to this case.

IT IS SO ORDERED.

DATED: 11/22/24

/s/
Michael S. Nachmanoff
United States District Judge

MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT JUDGE