UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jane Doe and John Does 1 and 2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MasterCorp, Inc.,<br><br>Defendant. | INDEX NO. 1:24-cv-678<br><br>**FINAL ORDER AND JUDGMENT** |

Before the Court is the parties' joint motion for entry of a final order and judgment dismissing this action with prejudice.

WHEREAS, this Court entered an Order Granting Final Class and Collective Action Settlement Approval (the "Final Approval Order") and an Order Granting Award of Attorneys' Fees and Litigation Costs and for Class Representative Service Payments (the "Attorneys' Fees and Service Payments Order") on November 22, 2024;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED** as follows:

1. Pursuant to the Amended Class Action Settlement Agreement dated May 13, 2024 (the "Settlement Agreement"), incorporated herein in full, upon the Effective Date (December 23, 2024), the Amended Class and Collective Action Complaint (the "Complaint") and all claims asserted in this action, including Named Plaintiffs' individual claims as well as all Settlement Class and Collective Members' claims, will be deemed voluntarily **DISMISSED WITH PREJUDICE.**

2. Each side shall bear its own fees and costs except as otherwise provided in the Attorneys' Fees and Service Payments Order.

3. All members of the Settlement Class and Collective are bound by this Final Order and Judgment.

4. The claims being released are set forth in Sections 5.1 through 5.3 of the Settlement Agreement, and this Court hereby enters a Permanent Injunction, barring and enjoining Named Plaintiffs and all Settlement Class and Collective Members, to the extent permissible by existing law, from commencing, instituting, or prosecuting any action or proceeding in any court, tribunal or forum asserting any of the Released Claims against any of the Released Parties, as those terms are defined in the Settlement Agreement.

5. Pursuant to the Settlement Agreement, this Court retains jurisdiction over the parties to enforce the terms of the Settlement Agreement, the Final Approval Order and this Final Order and Judgment.

/s/
_____
MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT JUDGE

December 27, 2024
Alexandria, Virginia